

U.S. Department of Justice

Environment and Natural Resources Division

---

*Lewis M. Barr*
*Environmental Defense Section*
*P.O. Box 7611*
*Washington, DC  20044*
*Lewis.Barr@usdoj.gov*
*Telephone (202) 514-9645*
*Facsimile (202) 514-8865*

*Overnight Mail Address:*
*Environmental Defense Section*
*601 D Street, N.W.*
*Suite 8000*
*Washington, DC 20004*

November 27, 2013

**Via Electronic Mail**

The Honorable Michael A. Hammer
United States Magistrate Judge
United States District Court for the District of New Jersey
50 Walnut Street, Room 2042
Newark, NJ 07101

    Re:    **PPG Industries, Inc. v. United States, No. 2:12-cv-03526-KM-MAH (D.N.J.)**

Dear Magistrate Judge Hammer:

    This will confirm that we spoke this afternoon with your Courtroom Deputy and reported that after considerable efforts following the Court's November 18, 2013 Order (Docket No. 45), the parties have resolved many of the discovery issues raised in the November 13, 2013 joint letter.  To the extent issues have not been resolved, the parties have either agreed that they need not be addressed on December 2, 2013, or have agreed to continue to meet and confer on December 9, 2013.

    Under the circumstances, the parties agree that appearing before Your Honor on December 2, 2013 to continue their efforts would not be a productive use of the Court's time or the resources of the parties.  Your Courtroom Deputy kindly advised that she would take the December 2 appearances off the calendar and asked that we provide this letter of explanation.

                Respectfully submitted,

                Lewis M. Barr

cc:  Joseph F. Lagroterria, Esquire
      Adam G. Husik, Esquire
      (By electronic mail)