UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**PPG INDUSTRIES INC.,**

　Plaintiff,

　v.

**UNITED STATES OF AMERICA, et al.,**

　Defendants.

Civil Action No. 12-3526 (KM) (MAH)

ORDER

　This matter having come before the Court by way of Defendants' motion [D.E. 122] to modify the Court's April 16, 2014 Order and April 21, 2014, Amended Order [D.E. 71, 76] that, inter alia, denied Defendants' motion to conduct a deposition under Federal Rule of Civil Procedure 30(b)(6) and allowed Defendants to serve twelve contention interrogatories on Plaintiff;

　and the Court having considered the parties' briefing and the record;

　and the Court having held oral argument on the motion on January 7, 2016;

　and for the reasons set forth in an oral opinion delivered on the record on January 29, 2016;[1]

　and Defendant having failed to show good cause to modify the April 16, 2014, Order;

　IT IS on this 29th day January 2016,

　ORDERED that Defendants' motion to modify [D.E. 122] is denied.

　　　　　　　　　　　　　　　　　　　　*s/Michael A. Hammer*
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**

---

　[1] A copy of this transcript may be obtained from King Transcription Services (973-237-6080).