

**U.S. Department of Justice**
Environment and Natural Resources Division

---

*Environmental Defense Section*
*P.O. Box 7611*
*Washington, DC 20044*

*Telephone (202) 514-9645*
*Facsimile (202) 514-8865*

July 6, 2016

**By Electronic Mail and Federal Express**

LeClairRyan
One Riverfront Plaza
1037 Raymond Boulevard
Sixteenth Floor
Newark, New Jersey 07102

      Re:    **PPG Industries, Inc. v. United States, No. 2:12-cv-03526-JMV-MAH (D.N.J.)**

Dear Counsel:

In addition to our June 30, 2016 letter to you, we provide the following additional information below regarding the issues raised by your e-mail to us that afternoon, and regarding various other questions that you have raised. Please be further advised that we object to PPG's requests in its June 30, 2016 e-mail as contrary to the Court's June 28, 2016 Order (ECF No. 138) and the Federal Rules for the following specific reasons.

We suggest a meet-and-confer telephone call to discuss the following, and the matters discussed in our June 30, 2016 letter, with you at 4 pm on July 8, 2016.

**A.    Federal Records Centers and SF-135s**

1. In our June 30, 2016 letter, we provided you with information to correct your misunderstandings regarding the SF-115s. This is not an FRC issue at all, and we consider it adequately addressed.

2. PPG unreasonably asks for SF-135 forms "relative to" five large Executive Branch agencies, including the entire Department of Defense. PPG in effect represents in its June 30, 2016 e-mail that records of each the five large agencies, and related SF-135s, are located at each of the FRCs listed by PPG. We have in the short time available to us determined that this representation is inaccurate, and that PPG apparently made it without trying to determine its accuracy. We discuss below the PPG request regarding the Department of Defense. We also

provide with this letter a table (Attachment A) showing the numerous Records Groups associated with each of the other four agencies, and the presence or absence of records for each of the Records Groups at each of the four FRCs described in your June 30, 2016 e-mail.

Of the 64 Records Groups for these agencies, please specify those to which you have unsuccessfully attempted to gain access to their SF-135 forms and documents, at which FRCs, when you were denied access, and by whom. Since this is information that you should already have, please provide this information no later than July 7, 2016.

3. The Court's Order requires only that the Government contact "relevant" federal agencies. We believe that the only "relevant" agencies are the FRCs to which PPG attempted to gain but was denied access in the past. Your refusals to provide this information is therefore a violation of the Court's June 28, 2016 Order.

4. We have contacted the four FRCs and the DOE Germantown, Maryland document storage facility. We have advised the four FRCs that PPG is interested in gaining access to their records and the related SF-135s, and that the Court in this case has ordered that the Government facilitate PPG's access to the unclassified documents PPG selects for review there. The Germantown facility is a DOE location, and therefore, no SF-135s have been generated for the records held there. The contact information with which you may arrange access to each of these five locations is as follows:

Atlanta FRC:
4712 Southpark Blvd.
Ellenwood, GA 30294
Appointments:  Best practice is to set up an appointment via email and call again the
    morning of review
Email:  atlanta.reference@nara.gov
Phone: 404-736-2820
Additional contact:  Catherine Nolan, Transfer and Disposition Specialist
Hours of operation:  M-F 7:30-3:00pm

Philadelphia FRC:
14700 Townsend Road
Philadelphia, PA 19154-1096
Appointments:  Best practice to set up an appointment via email and call
        again the morning of review
Email: reference.philadelphia@nara.gov
Phone: 215-305-2000
Additional contact: Daniel Lee, Transfer and Disposition Specialist
        Hours of operation:  M-F 7:30-3:30pm

Seattle FRC:
6125 Sand Point Way, NE
Seattle, Washington, 98115-7999
Appointments: best practice to set up an appointment via email and call
        again the morning of review

Email: seattle.reference@nara.gov
Phone: 206-336-5129
Additional contact: Patrick Weigel, Transfer and Disposition Specialist
Hours of operation:  M-F 8:30-3:30pm

Suitland FRC:
4205 Suitland Road
Suitland, MD 20746-8001
Appointments: best practice to set up an appointment via email and call
      again the morning of review
Email: suitland.reference@nara.gov
Phone: 301-778-1650
Additional contact: Jessica Hartman, Ed Harris, or anyone who answers the phone
Hours of operation:  M-F 8:00-4:00pm

Department of Energy – Germantown, Maryland:
9901 Germantown Rd.
Germantown, MD
Phone: 301-903-3000
Contact: Terry Fehner, DOE Historian
Hours of operation:  No regular hours.  To be arranged between PPG and the facility

     5.  We further object to PPG's efforts with respect to the Department of Energy classified and unclassified documents on the basis of irrelevance and undue burden.  PPG's last-minute requests are grossly disproportional to the needs of even a case this size.  *See* Fed. R. Civ. P. 26(b)(1).  PPG has made no showing that there may be any pertinent documents at the DOE document storage facility, that the Government should be required to review any classified documents there, or that PPG's proposed review of the unclassified records of that facility is in any way warranted.  Nevertheless, we are providing you a copy of the inventory of the files at the DOE storage facility on the CD enclosed with the hard copy of this letter, and have numbered the pages of it USNPR0039328 through USNPR0039649.  This is the same inventory used by Justice Department researchers.

     6.  PPG's request as to the entire "Department of Defense" is also absurdly broad and unduly burdensome (Fed. R. Civ. P. 26(b)(1)).  As your own research regarding the FRCs should have shown, (http://www.archives.gov/research/alic/tools/record-group-clusters.html#air), there are 190 Records Groups in nine categories for that agency.  It is obvious that PPG has made no effort to actually review the SF-135s for these Record Groups or even try to narrow down its request for SF-135s in any way.

     These Department of Defense Records Groups are as follows.  Of the following Records Groups, please specify those to which you have unsuccessfully attempted to gain access to their SF-135 forms and documents, at which FRCs, when you were denied access, and by whom.  We believe that the Court's order that the Government communicate with and facilitate PPG's access to "the relevant government agencies" presumes such a reasonable narrowing by PPG.  This

information is needed in order for the Government to identify which of the FRCs have relevant SF-135 forms and advise those FRCs accordingly.

Air Force

| 18 | Army Air Forces |
|---|---|
| 243 | U.S. Strategic Bombing Survey |
| 340 | Office of the Secretary of the Air Force |
| 341 | Headquarters U.S. Air Force (Air Staff) |
| 342 | U.S. Air Force Commands, Activities, and Organizations |

Defense

| 218 | U.S. Joint Chiefs of Staff |
|---|---|
| 225 | Joint Army and Navy Boards and Committees |
| 226 | Office of Strategic Services |
| 238 | National Archives Collection of World War II War Crimes Records |
| 242 | National Archives Collection of Foreign Records Seized |
| 262 | Foreign Broadcast Intelligence Service |
| 263 | Central Intelligence Agency |
| 330 | Office of the Secretary of Defense |
| 333 | International Military Agencies |
| 334 | Interservice Agencies |
| 349 | Joint Commands |
| 361 | Defense Logistics Agency |
| 371 | Defense Information Systems Agency |
| 372 | Defense Contract Audit Agency |
| 373 | Defense Intelligence Agency |
| 374 | Defense Nuclear Agency |
| 446 | Defense Investigative Service |
| 456 | Defense Mapping Agency |
| 457 | National Security Agency/Central Security Service |

| 505 | On-Site Inspection Agency |
|---|---|
| 506 | Defense Commissary Agency |
| 507 | Defense Finance and Accounting Service |
| 509 | Department of Defense Inspector General |
| 518 | U.S. Central Command |
| 524 | Defense Nuclear Facilities Safety Board |
| 525 | National Reconnaissance Office |
| 528 | U.S. Atlantic Command |
| 529 | U.S. Pacific Command |
| 530 | U.S. Southern Command |
| 531 | U.S. European Command |
| 532 | U.S. Space Command |
| 533 | U.S. Special Operations Command |
| 534 | U.S. Transportation Command |
| 535 | U.S. Strategic Command |
| 537 | National Imagery and Mapping Agency |
| 558 | Defense Contract Management Agency |
| 565 | Missile Defense Agency |

Maritime

| 26 | U.S. Coast Guard |
|---|---|
| 32 | U.S. Shipping Board |
| 36 | U.S. Customs Service |
| 41 | Bureau of Marine Inspection and Navigation |
| 157 | Maritime Labor Board |
| 178 | U.S. Maritime Administration |
| 248 | War Shipping Administration |
| 357 | Maritime Administration |

| 358 | Federal Maritime Commission |
|---|---|

Modern Army

| 77 | Office of the Chief of Engineers |
|---|---|
| 92 | Office of the Quartermaster General |
| 107 | Office of the Secretary of War |
| 111 | Office of the Chief Signal Officer |
| 112 | Office of the Surgeon General (Army) |
| 120 | American Expeditionary Forces (World War I) |
| 153 | Office of the Judge Advocate General (Army) |
| 156 | Office of the Chief of Ordnance |
| 159 | Office of the Inspector General (Army) |
| 160 | Headquarters Army Service Forces |
| 165 | War Department General and Special Staffs |
| 168 | National Guard Bureau |
| 175 | Chemical Warfare Service |
| 177 | Chiefs of Arms |
| 203 | Chief of Finance (Army) |
| 247 | Office of the Chief of Chaplains |
| 260 | U.S. Occupation Headquarters, World War II |
| 319 | Army Staff |
| 331 | Allied Operational and Occupation Headquarters, World War II |
| 332 | U.S. Theaters of War, World War II |
| 335 | Office of the Secretary of the Army |
| 336 | Office of the Chief of Transportation |
| 337 | Headquarters Army Ground Forces |
| 338 | U.S. Army Commands, 1942- |
| 389 | Office of the Provost Marshal General, 1941- |

| 391 | U.S. Regular Army Mobile Units, 1821-1942 |
| 394 | U.S. Army Continental Commands, 1920-1942 |
| 395 | U.S. Army Overseas Operations and Commands, 1898-1942 |
| 407 | Adjutant General's Office, 1917- |
| 410 | Office of the Chief of Support Services |
| 472 | U.S. Forces in Southeast Asia, 1950-1975 |
| 492 | Mediterranean Theater of Operations, United States Army |
| 493 | U.S. Forces in the China-Burma-India Theaters of Operation |
| 494 | U.S. Army Forces in the Middle Pacific (World War II) |
| 495 | Headquarters, U.S. Army Forces, Western Pacific (World War II) |
| 496 | General Headquarters, Southwest Pacific Area and U.S. Army Forces, Pacific (World War II) |
| 497 | Africa-Middle East Theater of Operations (World War II) |
| 498 | Headquarters, European Theater of Operations, U.S. Army (World War II) |
| 499 | U.S. Army Defense Commands (World War II) |
| 544 | U.S. Army Materiel Command |
| 546 | U.S. Army Continental Command |
| 547 | U.S. Army Forces in Alaska |
| 548 | U.S. Army Forces in the Caribbean |
| 549 | U.S. Army, Europe |
| 550 | U.S. Army, Pacific |
| 551 | U.S. Army Military District of Washington |
| 552 | Military Traffic Management Command (Army) |
| 553 | U.S. Army Training and Doctrine Command |
| 554 | General Headquarters, Far East Command, Supreme Commander Allied Powers, and United Nations Command |
| 555 | U.S. Army Forces Command |

Modern Navy

| 19 | Bureau of Ships |
|---|---|
| 24 | Bureau of Naval Personnel |
| 38 | Office of the Chief of Naval Operations |
| 52 | Bureau of Medicine and Surgery |
| 71 | Bureau of Yards and Docks |
| 72 | Bureau of Aeronautics |
| 74 | Bureau of Ordnance |
| 80 | General Records of the Department of the Navy, 1798-1947 |
| 125 | Judge Advocate General (Navy) |
| 127 | U.S. Marine Corps |
| 143 | Bureau of Supplies and Accounts (Navy) |
| 181 | Naval Districts and Shore Establishments |
| 289 | Naval Intelligence Command |
| 298 | Office of Naval Research |
| 313 | Naval Operating Forces |
| 343 | Naval Air Systems Command |
| 344 | Naval Ship Systems Command |
| 345 | Naval Electronic Systems Command |
| 346 | Naval Ordnance Systems Command |
| 347 | Naval Supply Systems Command |
| 384 | Chief of Naval Material |
| 385 | Naval Facilities Engineering Command |
| 402 | Bureau of Naval Weapons |
| 428 | General Records of the Department of the Navy, 1947- |
| 526 | Naval Criminal Investigative Service |

Old Army

| 77 | Office of the Chief of Engineers |
|----|----------------------------------|
| 92 | Office of the Quartermaster General |
| 93 | War Department Collection of Revolutionary War Records |
| 94 | Adjutant General's Office, 1780's-1917 |
| 98 | U.S. Army Commands, 1784-1821 |
| 105 | Bureau of Refugees, Freedmen, and Abandoned Lands |
| 107 | Office of the Secretary of War |
| 108 | Headquarters of the Army |
| 109 | War Department Collection of Confederate Records |
| 110 | Provost Marshal General's Bureau (Civil War) |
| 111 | Office of the Chief Signal Officer |
| 112 | Office of the Surgeon General (Army) |
| 153 | Office of the Judge Advocate General (Army) |
| 156 | Office of the Chief of Ordnance |
| 159 | Office of the Inspector General (Army) |
| 191 | War Department Claims Board |
| 213 | Foreign Claims Section (War) |
| 249 | Commissary General of Prisoners |
| 391 | U.S. Regular Army Mobile Units, 1821-1942 |
| 392 | U.S. Army Coast Artillery Districts and Defenses, 1901-1942 |
| 393 | U.S. Army Continental Commands, 1821-1920 |
| 395 | U.S. Army Overseas Operations and Commands, 1898-1942 |
| 407 | Adjutant General's Office, 1917- |

Old Army at College Park

| 18 | Army Air Forces |
|----|-----------------|
| 99 | Office of the Paymaster General |

| 165 | War Department General and Special Staffs |
|-----|--------------------------------------------|
| 168 | National Guard Bureau |
| 177 | Chiefs of Arms |
| 192 | Office of the Commissary General of Subsistence |
| 203 | Office of the Chief of Finance (Army) |
| 247 | Office of the Chief of Chaplains |

Old Navy

| 19 | Bureau of Ships |
|-----|----------------|
| 24 | Bureau of Naval Personnel |
| 37 | Hydrographic Office |
| 38 | Office of the Chief of Naval Operations |
| 45 | Naval Records Collection of the Office of Naval Records and Library |
| 52 | Bureau of Medicine and Surgery |
| 71 | Bureau of Yards and Docks |
| 72 | Bureau of Aeronautics |
| 74 | Bureau of Ordnance |
| 78 | U.S. Naval Observatory |
| 80 | General Records of the Department of the Navy, 1798-1947 |
| 125 | Office of the Judge Advocate General (Navy) |
| 127 | U.S. Marine Corps |
| 143 | Bureau of Supplies and Accounts (Navy) |
| 181 | Naval Districts and Shore Establishments |
| 313 | Naval Operating Forces |

World War I Emergency Agencies

| 1 | War Labor Policies Board |
|-----|------------------------|
| 2 | National War Labor Board (World War I) |
| 3 | U.S. Housing Corporation |

| 4 | U.S. Food Administration |
|---|---|
| 5 | U.S. Grain Corporation |
| 6 | U.S. Sugar Equalization Board, Inc. |
| 14 | U.S. Railroad Administration |
| 61 | War Industries Board |
| 62 | Council of National Defense |
| 63 | Committee on Public Information |
| 67 | U.S. Fuel Administration |
| 113 | Allied Purchasing Commission |
| 154 | War Finance Corporation |
| 158 | Capital Issues Committee |
| 182 | War Trade Board |
| 190 | Bureau of War Risk Litigation |
| 194 | War Minerals Relief Commission |

Of these Records Groups, please specify those to which you have unsuccessfully attempted to gain access to their SF-135 forms and documents, at which FRCs, when you were denied access, and by whom.  Since this is information that you should already have, please provide this information no later than July 7, 2016.

We also provide with this letter a table (Attachment B) showing the numerous Records Groups associated the Department of Defense, and the presence or absence of records for each of the Records Groups at each of the four FRCs described in your June 30, 2016 e-mail.

**B.      Department of Energy Records Storage in College Park, Maryland**

We again ask that you identify who denied you access to Department of Energy records within RG 326 at this facility, when, and on what stated basis, if any.  Without that information, we are unable to make the appropriate contacts at that facility and attempt to facilitate PPG's access to the unclassified documents, beyond the information already provided above.

This DOE facility stores classified and unclassified documents mixed together.  Once specific folders of documents are requested for review, DOE personnel will have to separate classified from unclassified documentation, and access provided to PPG researchers only to the unclassified documents.  This can be further explained by Terry Fehner, DOE Historian,

- 11 -

terry.fehner@hq.doe.gov or 301-903-3000.  The separation process can be time-consuming, especially for expansive requests.

Moreover, we have been unable to discern any reason to believe that the eight groups of RG 326 records listed in your June 30 e-mail contain or are likely to lead to the discovery of admissible evidence.  To assist us in attempting to determine whether there is any basis for your requests, please provide the source of these descriptions, and why you believe the classified or unclassified documents in these groups justify any review in this litigation.

**C.    Sorokowski Excel Spreadsheet**

Also enclosed with this letter is a copy of Mr. Sorokowski's 159-page Excel spreadsheet regarding his research efforts in this litigation, which we have assigned bates numbers USNPR0039650 through USNPR0039808.  Attachment C.  This is the most recent archived version of Mr. Sorokowski's Excel spreadsheet regarding these efforts.  The "Case" term that he used for this litigation was "PP."  Because this spreadsheet contains work product for other matters on which Mr. Sorokowski worked, we have redacted the case information for those cases.  Please note that, as Mr. Sorokowski testified, this spreadsheet does not encompass the entirety of Mr. Sorokowski's or the Government's research efforts in this matter.

**D.    New York "FRC"**

You have also asked about the Government's research efforts in what I described as the New York FRC.  My description was slightly inaccurate.  The Government did in fact search for documents in the <u>NARA</u> New York City facility at Battery Park, in the American Indian History Museum, in June 2013.  This was not a FRC facility as I had thought.

**E.    December 1999 NARA Records Disposition Freeze.**

As noted in our June 30, 2016 letter to you, in January 2016, the Government produced to PPG a copy of a December 1999 NARA directive that the scheduled disposition of "all" records in "all" FRCs in Record Groups 234 and 270, for the Reconstruction Finance Corp. and its subsidiaries such as the Metals Reserve Corp. "be frozen until further notice."  June 30, 2016 Attachment 4.  While PPG has offered no basis on which to question the continued effectiveness of this freeze, you have nevertheless raised that issue.

Please be advised that we have confirmed with NARA that this 1999 records disposition freeze remains in effect.

Sincerely,

/s/ *Lewis M. Barr*

Lewis M. Barr