UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PPG INDUSTRIES INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 12-3526 (JMV) (MAH) <br><br> ORDER |

This matter having come before the Court for a telephone status conference held on the record on June 27, 2017;

and the Court having reviewed the parties' joint letter dated June 23, 2017 [D.E. 149];

and for the reasons set forth on the record during the June 27, 2017 conference;

and for good cause shown;

**IT IS on this 28th day of June 2017,**

**ORDERED THAT:**

1. Any motion for summary judgment shall be filed by February 28, 2018. Any opposition shall be filed by April 19, 2018. Because each party has represented that it intends to move for summary judgment, and pursuant to L. Civ. R. 7.1(h), no party shall file a reply brief absent leave of the court to do so. The parties shall file all motion papers (e.g., moving briefs and opposition briefs) at the same time.

2. The page-limit for moving and opposition briefs shall be eighty (80) double-spaced pages per brief.

3. The depositions of the three remaining expert witnesses for the Government shall be completed by October 2, 2017.

*s/ Michael A. Hammer*_____
**United States Magistrate Judge**
