

Oblique Photograph
103181
Jersey City, NJ
Photo Source: FAIRCHILD

Underlying Image
PPGNPR1028249



AERO-DATA CORP
ENVIRONMENTAL
REMOTE SENSING CONSULTING SERVICES
AERIAL PHOTO ACQUISITION
INTERPRETATION and MAPPING