



3-D Image
7/1/1944
Jersey City, NJ
Photo Source: NARA

Use Glasses for Stereo Viewing



Approximate Scale and North Arrow

Underlying Image
PPGNPR00448094-112



AERO-DATA CORP
ENVIRONMENTAL
REMOTE SENSING CONSULTING SERVICES
AERIAL PHOTO ACQUISITION
INTERPRETATION and MAPPING