

Oblique Photograph
102922
Jersey City, NJ
Photo Source: FAIRCHILD

Photo Taken After 4/28/1947

Underlying Image
PPGNPR1028244



AERO-DATA CORP
ENVIRONMENTAL
REMOTE SENSING CONSULTING SERVICES
AERIAL PHOTO ACQUISITION
INTERPRETATION and MAPPING