Production and Interpretation of Aerial Photographs and Maps Covering

the Garfield Avenue Site

in Jersey City, New Jersey

*Randall Grip*

Randall Grip

Aero-Data Corporation LLC

October 7, 2016



DEFENDANT'S
EXHIBIT
GRIP-1
4/4/17        JM

## Introduction

Aero-Data Corporation was engaged by Plaintiff PPG Industries, Inc. to perform an historical aerial photographic study for the site of a former chrome chemical processing facility ("Plant") on Garfield Avenue in Jersey City, New Jersey ("Site"). Specifically, we were asked to obtain aerial photographs from the earliest date available through the mid-1960's and produce imagery for viewing and analysis.

Aerial photography and maps were acquired of the Site from public sources. In addition, I obtained the USGS 7.5 minute scale map and Digital Ortho Quarter Quadrangles (DOQQ) that covered the Site. The vertical photography was then registered to a common coordinate system and interpreted using digital photogrammetric procedures (soft copy).

## Statement of Qualifications

My name is Randall W. Grip. I have a Bachelor of Science Degree in Geography from Louisiana State University. I am vice-president of Aero-Data Corporation. Aero-Data specializes in aerial mapping and environmental studies using aerial photography and historical maps. Over the past 19 years, I have provided expert photo-interpretation and photogrammetry services for environmental assessment purposes. In the course of this work, I have participated in studies and obtained and interpreted aerial photographs of sites throughout the United States as well as in other foreign nations.

My expertise is in the area of review and analysis of readily available aerial photography. The processes I use include research and acquisition of stereoscopic photography, high resolution photogrammetric scanning, geo-registration of stereo images, and digital orthophoto production. I have been qualified as an expert witness in the fields of photo-interpretation and photogrammetry.

Aero-Data's client list includes many major corporations as well as government agencies such as the US Department of Justice, the Louisiana Department of Natural Resources, and the Louisiana Department of Environmental Quality.[1]

## Information Considered in Forming Opinions

My opinions are based upon aerial photography and maps of the Site as well as my experience and training. The maps were geo-referenced to the aerial photography using ArcGIS.

Attachment A is a listing of the aerial photography and other information that I have relied upon for this report.

## Production of Geo-Registered Images and Maps

I have produced digital stereoplotter based geo-registered imagery of all of the different dates of aerial photography obtained for this expert report. The imagery, as well as the geo-referenced maps, are included in Attachment B.

## Area of Expertise in Which I Expect To Testify

I expect to testify in the areas of photointerpretation and photogrammetry. Photointerpretation is the science of identifying objects in photography and determining their meaning. Photogrammetry is defined as the science of taking measurements from photography. In practical terms, photogrammetry is the science of making maps. My interpretations and opinions outlined in this report are true to a reasonable degree of scientific certainty. Attachment C is my current resume, and Attachment D is a listing of my Trial Testimony,

---

[1] Exemplar cases include: The United States of America v. 8.34 Acres of Land, and AJL Enterprises, et al., Civil Action No. 04-5-D-M1, U.S. District Court, Middle District of Louisiana; and The Shoshone & Arapaho Indian Tribes of the Wind River Reservation v. The United States of America, Civil Action No. 459a79L U.S.D.C Wyoming

Deposition Testimony, and Publications. My billing rate is $150 per hour for mapping, report production, and testimony.

## Site Area
For the purposes of this report, the Site Area is located on Garfield Avenue in Jersey City, New Jersey. I have superimposed the Site Area on both the Jersey City, NJ 7.5' minute quadrangle and the USGS Digital Ortho Quarter Quad.

## Interpretations by Date

### 1908 Map
This map shows street names, buildings and parcel boundaries. The Site Area, in yellow, has been superimposed over the map. The Site is bounded by Garfield Avenue, Caven Point Avenue, Halladay Street, Forrest Street and the New York Railroad. Hudson Co. Gas Co. is visible on the eastern portion of the Site with two gas holders present. The Morris Canal is visible running southeast to northwest and bisecting the Site.

Commercial Street (southeast of Garfield Ave.), Jane Street, Valley Street, Woodward Street, Van Horne Street and Carteret Avenue are included on this map. By the first date of photography, 4/6/1940, these streets are not present, and buildings and large stockpiles are seen in their place.

### May and July 1932 Photos NJDEP
These monoscopic photographs show the conditions of the Site on May and July 1932.

The Site is composed of three main areas being utilized: the Plant buildings, the stockpile area north and south of Carteret Street and the area behind (east) of the Plant containing gas holders and tanks. The main Plant buildings are visible on the northwestern portion of the Site area.

Carteret Avenue, which was previously visible in the 1908 map is no longer present. The former location has been mapped with a dotted white line. Carteret Avenue divided the Site into a northern and southern portion.

The stockpile areas north and south of the former Carteret Street area are visible but have not been mapped since the imagery is not stereoscopic.

The Morris Canal, which was also visible on the 1908 map, is no longer visible, and its former location is mapped with a dotted black line. A ditch is visible crossing over the former location of the canal in the southern portion of the Site and then travels north along the northwestern side of the stockpiles.

### 4/6/1940 TXAERO
Two large stockpiles are visible south of the Plant along Halladay Street. Terrain (elevation) Models were generated for these pile areas to determine the approximate volume. The piles were separated into two areas. The stockpile north of Carteret Avenue is mapped and calculated to be approximately *70,716 cubic yards* and the stockpile south of Carteret Avenue is approximately *129,855 cubic yards*. Using my stereoplotter for this and subsequent dates, I have measured the maximum height of each pile relative to a point at the intersection of Halladay Street and Carteret Avenue. I have also measured the approximate maximum length and width of each pile. The north stockpile is *46 feet tall* at its highest point. The south stockpile is *64 feet tall* at its highest point. The north stockpile is *333 feet long* and *237 feet wide*. The overall south stockpile is approximately *594 feet long* and *312 feet wide*.

3

The gas holders first visible in the 1908 map remain present on the northeastern portion of the Site along Halladay Street. Four smaller tanks are visible to the north of the gas holders.

There are several buildings on the western portion of the Site south of the former Carteret Avenue, but the area is mostly undeveloped.

**11/1/1940 NARA**
The Plant and gas holders remain present.

The stockpiles remain visible, and terrain models were generated for these pile areas to determine the approximate volume. The stockpile north of Carteret Avenue is mapped and calculated to be approximately **70,991 cubic yards,** and the stockpile south of Carteret Avenue is approximately **146,899 cubic yards**. The north stockpile is **46 feet tall** at its highest point. The south stockpile is **64 feet tall** at its highest point. The north stockpile is **341 feet long** and **219 feet wide**. The south stockpile is split in to two piles, one is **379 feet long** and **263 feet wide**, the other is **202 feet long** and **315 feet wide**.

**12/22/1943 and 12/24/1943 NOS**
These photomissions are only 2 days apart and the conditions on the Site on both dates are virtually identical.

The plant and gas holders remain present.

The stockpiles remain visible, and terrain models were generated for these pile areas to determine the approximate volume. The stockpile north of Carteret Avenue is mapped and calculated to be approximately **74,204 cubic yards,** and the stockpile south of Carteret Avenue is approximately **179,749 cubic yards**. The north stockpile is **45 feet tall** at its highest point. The south stockpile is **70 feet tall** at its highest point. The north stockpile is **339 feet long** and **232 feet wide**. The south stockpile is **596 feet long** and **306 feet wide**.

**7/1/1944 NARA**
The Plant and gas holders remain present.

The stockpiles remain visible, and terrain models were generated for these pile areas to determine the approximate volume. The stockpile north of Carteret Avenue is mapped and calculated to be approximately **78,961 cubic yards,** and the stockpile south of Carteret Avenue is approximately **169,740 cubic yards**. The north stockpile is **47 feet tall** at its highest point. The south stockpile is **68 feet tall** at its highest point. The north stockpile is **332 feet long** and **233 feet wide**. The south stockpile is **597 feet long** and **300 feet wide**.

**4/28/1947 Robinson**
The Plant remains present. A light toned pile is visible on the south portion of the Plant footprint. A terrain model was generated, and the approximate volume of the light toned pile is **5,992 cubic yards**. It is **20 feet tall** at its highest point and measures **219 feet long** and **99 feet wide**.

The gas holders and tanks north of the Gas Holders are no longer present.

The stockpiles remain visible, and terrain models were generated for these pile areas to determine the approximate volume. The stockpile north of Carteret Avenue is mapped and calculated to be approximately **76,307 cubic yards**, and the stockpile south of Carteret Avenue is approximately **199,109 cubic yards**. The north stockpile is **54 feet tall** at its highest point. The south stockpile is **88 feet tall** at its highest point. The north stockpile is **341 feet long** and **239 feet wide**. The south stockpile is **570 feet long** and **307 feet wide**.

A graded area is visible west of the stockpiles along Garfield Avenue. By the next date of photography, eight new buildings/structures are visible in this location. A portion of the ditch southeast of the stockpiles is no longer visible and may have been covered during grading activities.

**4/7/1951 TXAERO**
The Plant remains present, and the light toned pile remains visible.

The stockpiles remain visible, and terrain models were generated for these pile areas to determine the approximate volume.  The stockpile north of Carteret Avenue is mapped and calculated to be approximately *72,989 cubic yards*, and the stockpile south of Carteret Avenue is approximately *202,896 cubic yards*. The north stockpile is *52 feet tall* at its highest point.  The south stockpile is *85 feet tall* at its highest point.  The north stockpile is *346 feet long* and *233 feet wide*.  The south stockpile is *568 feet long* and *296 feet wide*.

Eight rectangular buildings/structures are visible along Garfield Avenue on the former graded area from 4/28/1947.  To the south of these buildings, an area of junked vehicles is visible.  The junkyard increases in surface area over time.

The ditch south of the former Carteret Avenue is no longer visible and has been covered.  The ditch north of the former Carteret Avenue remains present.

**6/8/1953 NARA**
The Plant remains present, and the light toned pile remains visible.

The stockpiles remain visible, and terrain models were generated for these pile areas to determine the approximate volume.  The stockpile north of Carteret Avenue is mapped and calculated to be approximately *67,627 cubic yards*, and the stockpile south of Carteret Avenue is approximately *161,641 cubic yards*. The north stockpile is *39 feet tall* at its highest point.  The south stockpile is *69 feet tall* at its highest point. The north stockpile is *344 feet long* and *234 feet wide*.  The south stockpile is *535 feet long* and *271 feet wide*.

**12/5/1953 Intrasearch**
The Plant remains present, and the light toned pile remains visible.  A terrain model was generated of the light toned pile, and the approximate volume of the light toned pile is *4,563 cubic yards*. It is *20 feet* tall at its highest point and measures *155 feet long* and *78 feet wide*.

The stockpiles remain visible, and terrain models were generated for these pile areas to determine the approximate volume.  The stockpile north of Carteret Avenue is mapped and calculated to be approximately *73,505 cubic yards*, and the stockpile south of Carteret Avenue is *154,131 cubic yards*. The north stockpile is *43 feet tall* at its highest point.  The south stockpile is *61 feet tall* at its highest point.  The north stockpile is *349 feet long* and *239 feet wide*.  The south stockpile is *531 feet long* and *257 feet wide*.

**1/4/1954 USGS**
The Plant remains present, and the light toned pile remains visible.

The stockpiles remain visible, and terrain models were generated for these pile areas to determine the approximate volume.  The stockpile north of Carteret Avenue is mapped and calculated to be approximately *73,282 cubic yards*, and the stockpile south of Carteret Avenue is *149,395 cubic yards*. The north stockpile is *43 feet tall* at its highest point.  The south stockpile is *61 feet tall* at its highest point. The north stockpile is *340 feet long* and *233 feet wide*.  The south stockpile is *504 feet long* and *253 feet wide*.

**2/18/1954 USGS**
The Plant remains present.

The stockpiles both north and south of Carteret Avenue are visible. Since the condition of the two stockpiles is virtually identical to their 1/4/1954 conditions, a terrain model was not produced.

**5/24/1958 COLEAST**
The Plant remains present.  The light toned pile is no longer visible.

Carteret Avenue has been mapped and is present bisecting the Site.  The stockpiles both north and south of Carteret Avenue are no longer visible.  To the north of Carteret Avenue, smaller piles of material are visible within and north of the former stockpile footprint.

The ditch remains visible north of the former location of Carteret Avenue, and additional drainage features are visible southeast of the Plant.

**4/16/1959 Robinson**
The Plant remains present with piles of material visible.  Carteret Avenue has been mapped and is present bisecting the Site.  Southeast of the Plant, a small pile has been added and two removed north of Carteret Avenue.

**4/12/1961 Aerial Viewpoint**
The Plant remains present with piles of material visible. Smaller piles of material southeast of the Plant remain visible with additional small piles added since the previous date of photography.

**5/7/1962 Intrasearch**
The Plant remains present with piles of material visible. Smaller piles of material southeast of the Plant remain visible, and several areas of pile removal are seen since the previous date of photography.

**11/12/1962 NOS**
The Plant remains present with piles of material visible. Smaller piles of material southeast of the Plant remain visible.  There are no significant changes since the previous date of photography.

**1/4/1963 Robinson**
The Plant remains present with piles of material visible. Smaller piles of material southeast of the Plant remain visible and one area of pile removal is visible since the previous date of photography.

**6/20/1966 NOS**
The buildings, tanks and piles associated with the Plant have been removed.

The piles of material southeast of the Plant are no longer visible.  The ditch remains present southeast of the former Plant buildings.

**3/18/2007 USGS**
The 2007 aerial photo was downloaded as a geo-registered orthophoto.  The Site Area, in yellow, has been superimposed over the image and the main roads labeled.

**Historical Oblique Aerial Photos**

**Oblique 102922, 102931B**
This is an image taken after 4/28/1947 from the southeast looking northwest.  The image shows the Plant buildings and the stockpiles along Halladay Street.

**Oblique 103164, 103165**
This is an image taken after 4/28/1947 from the east looking west.  The image shows the Plant buildings and the stockpiles along Halladay Street.

**Oblique 103173**
This is an image taken after 4/28/1947 from the west looking east.  The image shows the Plant buildings and the stockpiles along Halladay Street.

6

**Oblique 103180B, 103181**
This is an image taken after 4/28/1947 from the east looking west.  The image shows the Plant buildings and the stockpiles along Halladay Street.

**Stockpile Terrain Model Oblique Views**
The terrain models are a 3D representation of the surface.  The terrain modeling was produced using the following 10 dates of photography:  4/6/1940, 11/1/1940, 12/22/1943, 12/24/1943, 7/1/1944, 4/28/1947, 4/7/1951, 6/8/1953, 12/5/1953, and 1/4/1954.  Once imported into the GIS, the software could change the display of the terrain model to an oblique angle and allow the user to tip and rotate the elevation model for a better understanding of the Site's topography.

Images from the oblique views of each of the 10 dates were produced from the same perspective and scale.  A set of images has been produced of the Site from the north looking towards the south.  Each has been printed and is included in this report.

**Anaglyph Images**
For stereo viewing of the aerial images while reading this report, anaglyph (3-D) images were produced by the digital stereoplotter from the stereomodels.  The anaglyph is produced by merging the two overlapping stereo images into a composite digital image with the left frame colored red and the right frame colored blue.

By viewing the anaglyph image through red and blue glasses, the composite image is separated into two slightly different images, one for each eye.  This allows a reader with normal stereovision to perceive a stereo (or 3-D) view of the Site.

Anaglyph images are produced using a stereo pair of successive photos along a flight line.  The image orientation is dependent on the direction of the flight line.  For example, north-south flight lines will have an anaglyph with west orientated to the top.  East-west flight lines will have an anaglyph with north oriented to the top.

Anaglyph images were produced from the following 18 dates of photography and are included as exhibits in this report: 4/6/1940, 11/1/1940, 12/22/1943, 12/24/1943, 7/1/1944, 4/28/1947, 4/7/1951, 6/8/1953, 12/5/1953, 1/4/1954, 2/18/1954, 5/24/1958, 4/16/1959, 4/12/1961, 5/7/1962, 11/12/1962, 1/14/1963, and 6/20/1966.

**Control Points and Check Points**
The control points used to setup the stereomodels have been superimposed over the LiDAR Terrain and the 2007 imagery.

The terrain modeling was produced using 10 dates of photography taken at different altitudes.  We have compiled elevation check points both on and offsite to confirm the reasonable accuracy of each of the dates to the initial ground control from the LiDAR data.  The check points, 22 total, used to verify the accuracy have been superimposed over the 2007 imagery.  The building heights measured with the stereo plotter were confirmed using LiDAR terrain model.

**Methods and Materials**

**Aerial research and acquisition**
The historical aerial photography study of the Site began with research for available photo coverage from public and private vendors.  The photo coverage was then obtained in the form of frames consisting of vertical stereoscopic photography in a 9"x9" format and/or orthophotos.

**Initial review and date verification**
The frame or scan for each photomission (date of photography) was reviewed and examined for proper geographic coverage of the Site and filed into separate folders for each photomission.

**Setting up the stereomodels**
Two or more raster images for each stereo date of photography were then imported into a digital stereoplotter capable of providing stereoscopic viewing of the images at magnification levels ranging from 1x to 128x. The digital stereoplotter also allows precise mapping of significant environmental features, which are interpreted, in the 3-D imagery.

Ground control (State Plane New Jersey Zone NAD83) for the initial stereomodel, 6/20/1966, was derived from the 3/18/2007 USGS imagery and the Lidar terrain model.

The coordinates of each selected visible ground control point were then entered into a control point file in the digital stereoplotter. The floating dot (measuring point) of the stereoplotter was carefully positioned by the operator with the hand controller, one point at a time, onto each of the visible control points and the coordinates of that point (from the ground control point file) were assigned to the image. When sufficient control points had been visited, accepted and the model checked for residual errors, the stereo model was then confirmed to be level, scaled and locked into the coordinate system. As a result, accurate measurements of heights and distances could now be made within the stereo model area by using the digital stereoplotter.

Other stereo models for the remaining dates of photography were then set up using ground control points derived from the initial stereo model. As a result the stereo models for all dates accurately register one to another allowing the photo interpreter to detect and map changed areas.

**Digital Ortho Production**
Next, using the stereomodels and digital stereoplotter, a digital orthophoto was produced for each date of photography. A digital orthophoto is a two dimensional raster image produced from one or more frames of vertical aerial photography such that most of the distortion caused by terrain displacement and tip and tilt in the mapping camera has been removed, and the resulting raster image is accurately registered to a chosen coordinate system. As a result, each digital orthophoto accurately depicts the roads, building bases and other significant features located within the Site in their true geographic position. However, distortion caused by the height of buildings was not removed. As a result, the bases of these structures are displayed in their true position, while their tops may be displaced.

Digital orthophotos are widely accepted today by both government and industry as an improvement over the base maps and photomosaics previously used to show the locations of features within a geographic area. Digital orthophotos have the accuracy of a stereoplotter or land survey produced map with the resolution of a photograph.

**Photointerpretation**
Photointerpretation of the Site was conducted primarily on the digital stereoplotter using the same digital stereo models used to produce the digital orthophotos. The digital stereoplotter allows me to view the Site in 3-D on a stereo computer monitor or large computer projection screen, normally at magnification factors ranging from 8X to 32X while identifying and mapping the outlines of features.

When necessary to map very small features, I could zoom to magnification factors as high as 128X. Generally speaking, zoom settings greater than 32X do not yield more detail, but they do help in carefully mapping small features.

The interpretation done with the digital stereoplotter captured all features in their true position. Stereo

models for different dates were viewed and rapidly (in one to two seconds) toggled back and forth on the stereo display to facilitate the detection of changes that occurred to the Site over time. Each class of significant features mapped was recorded on a separate layer and color-coded. The vector files and images were then exported from the digital stereo plotter to a computer for further use. The digital stereoplotter (soft copy) when used in this manner is an extremely powerful photointerpretation tool. I understand that soft copy was originally developed for the military for photointerpretation purposes. Current development of the technology is ongoing. The cost of development is supported by various military and intelligence gathering organizations, NASA and conventional mapping companies similar to my own.

**Topographic Mapping/Terrain Model Production**
Topographic mapping involves the mapping of surface elevations. Topographic mapping traditionally uses contour lines and spot elevations to portray the shape and elevation of the land. Topographic maps render the three-dimensional ups and downs of the terrain on a two-dimensional surface.

The topography of a surface can also be represented with terrain modeling using a TIN (Triangulated Irregular Network). Using the stereomodels, the operator uses the hand controller to manually measure points on the land surface. The result is a TIN which is a vector based model representation of the physical land surface using a set of contiguous, non-overlapping triangles. Within each triangle, the surface is represented by a plane.

**Volume calculations**
The TINs were then imported into ArcGIS 3-D Analyst, a volume calculating software package. The software then compared the TIN to the base surface (elevation) to determine the volume of the material piles.

The software could also change the display of the TIN to an oblique angle and allow the user to tip and rotate the elevation model for a better understanding of the Site's topography.

**ArcView GIS**
The digital orthophotos with the interpretation overlays were next imported into ArcView GIS. ArcView is a very popular geographic information system (GIS) produced by ESRI and sold throughout the world. For the purposes of this report, the interpreted images are referred to as "mapped images". Hard copies of the mapped images were then printed in an 8.5"x11" or larger format from a PC using a high-resolution printer.

The interpreted images and registered maps located in the interpretations section of this report contain specific information and opinions which must be viewed by the reader in order to fully understand this report. These opinions supplement the textual opinions identified in my report. The mapped images (Attachment B) constitute the primary source of information in this report. They were prepared so that they may be displayed using computer generated prints or a computer projection system running ArcView or other software. ArcView GIS provides a wide range of capabilities such as zooming, turning themes (layers) on and off and measuring distances. Interpreted images and maps will be used as exhibits at trial in my testimony. There may be additional demonstrative exhibits used at trial as well.

**Conclusion**

Given that the parties are simultaneously serving expert reports in this matter, and the Court's scheduling permitting rebuttal reports, I reserve the right to revise and supplement this report, including but not limited to the volumetric calculations set forth within.

**Attachment A**
**Information Relied Upon**

| City | State | Date | Ratio | Type | Source | Frames and Notes | Focal length |
|------|-------|------|-------|------|--------|------------------|--------------|
| Jersey City | NJ | 1/1/1908 | | MAP | NYPLDC/HOPKINS | | |
| Jersey City | NJ | 1/1/1932 | | B/W | NJDEP | 5/1932 and 7/1932 | |
| Jersey City | NJ | 4/6/1940 | 20000 | BW | Aerial Viewpoint/TXAERO | 111, 112 | |
| Jersey City | NJ | 4/6/1940 | 20000 | BW | Aerial Viewpoint/TXAERO | 192, 193 | |
| Jersey City | NJ | 11/1/1940 | 24000 | BW | NARA | 649-651 | |
| Jersey City | NJ | 12/22/1943 | 20000 | BW | NOS | 255, 256 | |
| Jersey City | NJ | 12/24/1943 | 20000 | BW | NOS | 398, 399 | |
| Jersey City | NJ | 7/1/1944 | 10000 | BW | NARA | 11, 12 | |
| Jersey City | NJ | 4/28/1947 | 12000 | BW | ROBINSON | 277, 278 | 8.25in. |
| Jersey City | NJ | 4/7/1951 | 20000 | BW | Aerial Viewpoint/TXAERO | 2752, 2753 | 152.75mm |
| Jersey City | NJ | 6/8/1953 | 24000 | BW | NARA | 79, 80 | 152.32mm |
| Jersey City | NJ | 12/5/1953 | 20000 | BW | INTRASEARCH | 37, 38 | |
| Jersey City | NJ | 12/5/1953 | 20000 | BW | INTRASEARCH | 97, 98 | |
| Jersey City | NJ | 1/4/1954 | 20000 | BW | USGS | 58,59 | 153.22mm |
| Jersey City | NJ | 2/18/1954 | 20000 | BW | USGS | 88, 89, 90 | 154.82mm |
| Jersey City | NJ | 1/1/1967 | 24000 | Map | USGS | Jersey City, Ny- NJ 7.5 Minute DRG REVISED 1981 | |
| Jersey City | NJ | 5/24/1958 | 19726 | BW | COL-EAST | 7, 8 | |
| Jersey City | NJ | 4/16/1959 | 18000 | BW | ROBINSON | 6, 7 | 210mm |
| Jersey City | NJ | 4/12/1961 | 18000 | BW | Aerial Viewpoint/TXAERO | 232, 233 | 152.22mm |
| Jersey City | NJ | 4/12/1961 | 36000 | BW | NOS | 5691, 5692 | 153.02mm |
| Jersey City | NJ | 5/7/1962 | 12000 | BW | INTRASEARCH | 161, 162 | 15?.??mm |
| Jersey City | NJ | 11/12/1962 | 30000 | BW | NOS | 2300A, 2301A | 153.02mm |
| Jersey City | NJ | 1/14/1963 | 14400 | BW | ROBINSON | 63, 64 | |
| Jersey City | NJ | 6/20/1966 | 30000 | BW | NOS | 9001, 9002 | 152.29mm |
| Jersey City | NJ | 3/29/1995 | | DOQQ | USGS | Jersey City NJ NW and NE DOQQ | |
| Jersey City | NJ | 3/18/2007 | | COL | USGS | Orthophotos | |
| Jersey City | NJ | 2014 Post Sandy | | Lidar | NOAA/USGS | | |
| Jersey City | NJ | | | BW | Fairchild | Fairchild Oblique Images | |

*Attachment B*

Site Area



Site Area

DOQQ
Jersey City, NJ
Photo Source: USGS

Jersey City, NJ DOQQ
4/8/1994 (NE) and
3/29/1995 (NW)

500   0   500   1000 Feet

AERO-DATA CORP

7.5' Quadrangle
Jersey City, NJ
Map Source: USGS

500   0   500   1000 Feet

AERO-DATA CORP

# Orthophotos and Maps



**1908 Map**
**Jersey City, NJ**
Photo Source: NYPL

*Legend*
☐ Site Area

Underlying Image
USNPR0039810

80   0   80   160 Feet

AERO-DATA CORP



May 1932
Jersey City, NJ
Photo Source: NJDEP by Opposition

*Legend*

Pile Area Volume
Site Area
Tanks
Structure

Road
Railroad
Fence
Drainage/Water
Buildings

Former Carteret Ave. and Former Morris Canal from 1906 NYPL Map

Underlying Image
USNPR0013539

80   0   80   160 Feet

AERO-DATA CORP



Stockpile North of Carteret

Stockpile South of Carteret

July 1932
Source: NJDEP

July 1932
Jersey City, NJ
Photo Source:  NJDEP by Opposition

### Legend

| | |
|---|---|
| ☐ Mapped Piles Labels | ∧ Road |
| ☐ Pile Area Volume | ∧ Railroad |
| ☐ Site Area | ∧ Fence |
| ☐ Tanks | ∧ Drainage/Water |
| ∧ Structure | ∧ Buildings |

Former Carteret Ave. and Former Morris Canal from 1906 NYPL Map

Underlying Image
USNPR0013593

80   0   80   160 Feet

AERO-DATA CORP



4/6/1940
Jersey City, NJ
Photo Source: Aerial Viewpoint

**Legend**

Pile Area Volume
Site Area
Tanks
Structures

Road
Railroad
Fence
Drainage/Water

*Pile Terrain Model*
*Elevation Range (Feet)*

84.701 - 95.066
74.336 - 84.701
63.971 - 74.336
53.606 - 63.971
43.242 - 53.606
32.877 - 43.242
22.512 - 32.877
12.147 - 22.512
-0.765 - 12.147

Former Carteret Ave. and Former Morris Canal from 1908 NYPL Map

Underlying Image
PPGNPR0024485
PPGNPR0314385-380

80   0   80   160 Feet

AERO-DATA CORP





12/22/1943
Jersey City, NJ
Photo Source: NOS

**Legend**

- Pile Area Volume
- Site Area
- Tanks
- Structures
- Road
- Railroad
- Fence
- Drainage/Water

All Mapping Completed with 12/24/1943 imagery

*Pile Terrain Model*
*Elevation Range (Feet)*

- 84.701 - 95.066
- 74.336 - 84.701
- 63.971 - 74.336
- 53.606 - 63.971
- 43.242 - 53.606
- 32.877 - 43.242
- 22.512 - 32.877
- 12.147 - 22.512
- -0.765 - 12.147

Underlying Image
PPGNPR0048094-112
PPGNPR0782415-432

80   0   80   160 Feet

AERO-DATA CORP





7/1/1944
Jersey City, NJ
Photo Source:  NARA

**Legend**

Pile Area Volume
Site Area
Tanks
Structures

Road
Railroad
Fence
Drainage/Water

*Pile Terrain Model*
*Elevation Range (Feet)*

84.701 - 95.066
74.336 - 84.701
63.971 - 74.336
53.606 - 63.971
43.242 - 53.606
32.877 - 43.242
22.512 - 32.877
12.147 - 22.512
-0.765 - 12.147

Underlying Image
PPGNPR00448094-112

80   0   80   160 Feet

AERO-DATA CORP





4/7/1951
Jersey City, NJ
Photo Source: Aerial Viewpoint

Legend

☐ Pile Area Volume
☐ Site Area
☐ Tanks
/\/ Structures

/\/ Road
/\/ Railroad
/\/ Fence
/\/ Drainage/Water

Pile Terrain Model
Elevation Range (Feet)

84.701 - 95.066
74.336 - 84.701
63.971 - 74.336
53.606 - 63.971
43.242 - 53.606
32.877 - 43.242
22.512 - 32.877
12.147 - 22.512
-0.765 - 12.147

Underlying Image
PPGNPR0024486
PPGNPR0314365-3B0

80   0   80   160 Feet

AERO·DATA CORP



6/8/1953
Jersey City, NJ
Photo Source: NARA

**Legend**

Pile Area Volume
Site Area
Tanks
Structures

Road
Railroad
Fence
Drainage/Water

***Pile Terrain Model
Elevation Range (Feet)***

84.701 - 95.066
74.336 - 84.701
63.971 - 74.336
53.606 - 63.971
43.242 - 53.606
32.877 - 43.242
22.512 - 32.877
12.147 - 22.512
-0.765 - 12.147

Underlying Image
PPGNPR1060693-976

80   0   80   160 Feet

ÆRO-DATA CORP



Light Toed Pile

Mud Carts

Mud Slide

4,563 cu yds

73,505 cu yds

154,131 cu yds

Stockpile North
of Carteret

Stockpile South
of Carteret

12/5/1953
Jersey City, NJ
Photo Source: Intrasearch

**Legend**

Pile Area Volume
Site Area
Tanks
Structures

Road
Railroad
Fence
Drainage/Water

**Pile Terrain Model
Elevation Range (Feet)**

84.701 - 95.066
74.336 - 84.701
63.971 - 74.336
53.606 - 63.971
43.242 - 53.606
32.877 - 43.242
22.512 - 32.877
12.147 - 22.512
-0.765 - 12.147

Underlying Image
PPGNPR1050693-976
PPGNPR00448094-112

80   0   80   160 Feet

AERO-DATA CORP



**1/4/1954**
Jersey City, NJ
Photo Source: USGS

**Legend**

Pile Area Volume   /\/ Road
Site Area          /\/ Railroad
Tanks              /\/ Fence
/\/ Structures     /\/ Drainage/Water

***Pile Terrain Model
Elevation Range (Feet)***

84.701 - 95.066
74.336 - 84.701
63.971 - 74.336
53.606 - 63.971
43.242 - 53.606
32.877 - 43.242
22.512 - 32.877
12.147 - 22.512
-0.765 - 12.147

Underlying Image
USNPR0013846

80   0   80   160 Feet

AERO-DATA CORP



Mud Carts

Mud Carts

73,282 cu yds

149,395 cu yds

Stockpile North of Carteret

Stockpile South of Carteret

2/18/1954
Jersey City, NJ
Photo Source: USGS

**Legend**

□ Pile Area Volume
□ Site Area
□ Tanks
⋀⋁ Structures

⋀ Road
⋀ Railroad
⋀⋀ Fence
⋀ Drainage/Water

**Pile Terrain Model
Elevation Range (Feet)**

☐ 84.701 - 95.066
☐ 74.336 - 84.701
☐ 63.971 - 74.336
■ 53.606 - 63.971
■ 43.242 - 53.606
■ 32.877 - 43.242
■ 22.512 - 32.877
■ 12.147 - 22.512
■ -0.765 - 12.147

Underlying Image
PPGNPR1060693-976

50   0   80   160 Feet

AERO-DATA CORP



5/24/1958
Jersey City, NJ
Photo Source: COLEAST

*Legend*

| | |
|---|---|
| Pile Area Volume | Road |
| Site Area | Railroad |
| Tanks | Fence |
| Structures | Drainage/Water |

Underlying Image
PPGNPR1060693-976



**4/16/1959**
Jersey City, NJ
Photo Source: Robinson

**Legend**

| | |
|---|---|
| Pile Area Volume | Road |
| Site Area | Railroad |
| Tanks | Fence |
| Structures | Drainage/Water |

Small Pile Added

Small Pile Removed

Small Pile Removed

80   0   80   160 Feet

AERO-DATA CORP

Underlying Image
USNPR0013848





**5/7/1962**
Jersey City, NJ
Photo Source: Intrasearch

*Legend*

Pile Area Volume
Site Area
Tanks
Structures

Road
Railroad
Fence
Drainage/Water

80   0   80   160 Feet

AERO-DATA CORP

Underlying Image
PPGNPR1060693-976



**11/12/1962**
**Jersey City, NJ**
Photo Source: NOS

**Legend**

Pile Area Volume
Site Area
Tanks
Structures

Road
Railroad
Fence
Drainage/Water

80   0   80   160 Feet

AERO-DATA CORP

Underlying Image
PPGNPR0047271



1/14/1963
Jersey City, NJ
Photo Source: Robinson

**Legend**

Pile Area Volume
Site Area
Tanks
Structures

Road
Railroad
Fence
Drainage/Water

Underlying Image
USNPR0013850



6/20/1966
Jersey City, NJ
Photo Source: NOS

**Legend**

Site Area

Underlying Image
PPGNPR00448094-112



2007 Imagery
Jersey City, NJ
Photo Source: USGS

*Legend*
Site Area

# Historical
# Oblique Aerial Photos

Stockpile North of Carteret

Light Toned Pile

Stockpile South of Carteret

AERO-DATA CORP.

Underlying Image
PPGNJRT102B244

Photo Taken After 4/28/1947

Oblique Photograph
102922
Jersey City, NJ
Photo Source: FAIRCHILD

Stockpile North of Carteret

Light Toned Pile

Stockpile South of Carteret

AERO DATA CORP.

Underlying Image
PPGNPR10028245

Photo Taken After 4/28/1947

Oblique Photograph
1029331B
Jersey City, NJ
Photo Source: FAIRCHILD

Oblique Photograph
103164
Jersey City, NJ
Photo Source: FAIRCHILD

Underlying Image
PPGNPR1028246

AERO-DATA CORP

Oblique Photograph
103165
Jersey City, NJ
Photo Source: FAIRCHILD

Underlying Image
PPGNPR11028248

AERO DATA CORP.



Stockpile South
of Canted

Stockpile North
of Canted

Light-Toned
Pile

PRO-DATA CORP

Underlying Image
PPGNPR1028241

Photo Taken After 4/28/1947

Oblique Photograph
103173
Jersey City, NJ
Photo Source: FAIRCHILD

Light Toned Pile

Stockpile North of Carteret

Stockpile South of Carteret

AERO-DATA CORP.

Underlying Image
PPGNPR1028238

Oblique Photograph
103180B
Jersey City, NJ
Photo Source: FAIRCHILD

Light Toned Pile

Stockpile North of Carteret

Stockpile South of Carteret

AERO-DATA CORP.

Underlying Image
PPGNPR1028249

Oblique Photograph
103181
Jersey City, NJ
Photo Source: FAIRCHILD

# Stockpile Terrain Model Oblique Views

Mapped Terrain Model
4/6/1940
Jersey City, NJ
Photo Source: Aerial Viewpoint

Scene is Facing Approximate South

Underlying Image
PPGNPR0024485
PPGNPR0314365-380

Stockpile South
of Carteret

Stockpile North
of Carteret

ABRO·DATA CORP.

Underlying Image
PPGNPR0314365-380

N

Scene Is Facing Approximate South

Mapped Terrain Model
11/1/1940
Jersey City, NJ
Photo Source: NARA

AERO-DATA CORP.

Stockpile South of Carteret

Stockpile North of Carteret

Carteret Ave

Forest St

N

Scene is Facing Approximate South

Underlying Image
PPGNFR0048094-112
PPGNFR0782415-432

Mapped Terrain Model
12/22/1943
Jersey City, NJ
Photo Source: NOS

Mapped Terrain Model
12/24/1943
Jersey City, NJ
Photo Source: NOS

Scene is Facing Approximate South

Underlying Image
PPGNPR00448084-112

AERO-DATA CORP

Stockpile South
of Caldwell

Stockpile North
of Caldwell

Forest St

Stockpile South
of Carteret

Stockpile North
of Carteret

AERO-DATA CORP.

Underlying Image
PPGNFR0044809-112

N

Scene is Facing Approximate South

Mapped Terrain Model
7/1/1944
Jersey City, NJ
Photo Source: NARA

Stockpile South of Culvert

Stockpile North of Culvert

Hudson St

Forrest St

N

Scene is Facing Approximate South

Underlying Image
USNPR0013843

AERO-DATA CORP.

Mapped Terrain Model
4/28/1947
Jersey City, NJ
Photo Source: Robinson

Stockpile South Of Carteret

Stockpile North of Carteret

Halladay St.

Former St.

AERO-DATA CORP

N

Scene Is Facing Approximate South

Underlying Image
PPGNPR0024486
PPGNPR0314365-380

Mapped Terrain Model
4/7/1951
Jersey City, NJ
Photo Source: Aerial Viewpoint

Stockpile South
of Carteret

Stockpile North
of Carteret

N

Scene is Facing Approximate South

Underlying Image
PPGNPR1060693-976

Mapped Terrain Model
6/8/1953
Jersey City, NJ
Photo Source: NARA

AERO-DATA CORP.

Underlying Image
PPGNPR1060693-976
PPGNPR00448094-112

Stockpile South
of Carteret

Stockpile North
of Carteret

Forrest St

N

Scene Is Facing Approximate South

Mapped Terrain Model
12/5/1953
Jersey City, NJ
Photo Source: Intrasearch

Stockpile South of Carteret

Stockpile North of Carteret

Mapped Terrain Model
1/4/1954
Jersey City, NJ
Photo Source: USGS

Scene is Facing Approximate South

Underlying Image
USNPR00013846

AERO-DATA CORP.

# Anaglyph 3-D Images



3-D Image
4/6/1940
Jersey City, NJ
Photo Source: TXAERO

Use Glasses for
Stereo Viewing

N
Approximate Scale and North Arrow
100   0   100   200 Feet

Underlying Image
PPGNPR0024485
PPGNPR0314365-380

AERO-DATA CORP.



AERO-DATA CORP

Use Glasses for
Stereo Viewing

N

100  0  100  200 Feet
Approximate Scale and North Arrow

Underlying Image
PPGNPR031435-380

3-D Image
11/1/1940
Jersey City, NJ
Photo Source: NARA

AERO-DATA CORP.

Underlying Image
PPGNIFR00480084-112
PPGNIFR0782415-432

100  0  100  200  Feet
Approximate Scale and North Arrow

N

Use Glasses for
Stereo Viewing

3-D Image
12/22/1943
Jersey City, NJ
Photo Source: NOS

Use Glasses for Stereo Viewing

N

Approximate Scale and North Arrow

100   0   100   200   Feet

Underlying Image
PPGNPR0044809A-112

AERO-DATA CORP.

3-D Image
12/24/1943
Jersey City, NJ
Photo Source: NOS



Use Glasses for
Stereo Viewing

N

Approximate Scale and North Arrow

100   0   100  200 Feet

Underlying Image
PPGNPR00446094-112

AERO-DATA CORP

3-D Image
7/1/1944
Jersey City, NJ
Photo Source: NARA

AERO-DATA CORP

Underlying Image
USNPh00013843

100   0   100   200 Feet

Approximate Scale and North Arrow

N

Use Glasses for
Stereo Viewing

3-D Image
4/28/1947
Jersey City, NJ
Photo Source: ROBINSON

3-D Image
4/7/1951
Jersey City, NJ
Photo Source: TXAERO

Use Glasses for
Stereo Viewing

N

100   0   100   200  Feet

Approximate Scale and North Arrow

Underlying Image
PPGNPR0024486
PPGNPR0314365-380

AERO-DATA CORP.

3-D Image
6/8/1953
Jersey City, NJ
Photo Source: NARA

Use Glasses for
Stereo Viewing

N

100   0   100   200 Feet
Approximate Scale and North Arrow

Underlying Image
PPIGNPR1000083-976

AERO-DATA CORP

3-D Image
12/5/1953
Jersey City, NJ
Photo Source: INTRASEARCH

Use Glasses for
Stereo Viewing

N

Approximate Scale and North Arrow

100    0    100    200  Feet

Underlying Image
PPGNPR10609693-976
PPGNPR0044809A-112

AERO-DATA CORP.

Use Glasses for
Stereo Viewing

N

100   0   100   200 Feet
Approximate Scale and North Arrow

AERO-DATA CORP.

Underlying Image
USNPP00013846

3-D Image
1/4/1954
Jersey City, NJ
Photo Source: USGS

AERO-DATA CORP.

Use Glasses for
Stereo Viewing

N

Approximate Scale and North Arrow

100  0   100  200 Feet

Underlying Image
PPGNPR1060683-976

3-D Image
2/18/1954
Jersey City, NJ
Photo Source: USGS

AERO-DATA CORP.

Underlying Image
PPGNPR1060683-976

100   0   100   200 Feet

Approximate Scale and North Arrow

N

Use Glasses for
Stereo Viewing

3-D Image
5/24/1958
Jersey City, NJ
Photo Source: COLEAST

Use Glasses for
Stereo Viewing

N

Approximate Scale and North Arrow

100    0    100    200  Feet

Underlying Image
USNPR0013848

AERO DATA CORP.

3-D Image
4/16/1959
Jersey City, NJ
Photo Source: ROBINSON

3-D Image
4/12/1961
Jersey City, NJ
Photo Source: TXAERO

Use Glasses for
Stereo Viewing

N

100   0   100   200 Feet

Approximate Scale and North Arrow

Underlying Image
PPGNPRO024487

AERO-DATA CORP.







Use Glasses for
Stereo Viewing

Approximate Scale and North Arrow

100   0   100   200 Feet

Underlying Image
PPGNPR1060683-976

3-D Image
5/7/1962
Jersey City, NJ
Photo Source: INTRASEARCH

AERO-DATA CORP.

Underlying Image
PPGNFR0047271

100   0   100   200 Feet

N

Approximate Scale and North Arrow

Use Glasses for
Stereo Viewing

3-D Image
11/12/1962
Jersey City, NJ
Photo Source: NOS

AERO-DATA CORP

Use Glasses for
Stereo Viewing

N

100  0  100  200 Feet

Approximate Scale and North Arrow

Underlying Image
USNPR00138&0

3-D Image
1/14/1963
Jersey City, NJ
Photo Source: ROBINSON

3-D Image
6/20/1966
Jersey City, NJ
Photo Source: NOS

Use Glasses for
Stereo Viewing

N
Approximate Scale and North Arrow

100   0   100   200 Feet

Underlying Image
PPGNPR004480B4-112

AERO-DATA CORP.

# Control Points and Check Points

Photo Control Points Superimposed
on 2007 Imagery

Photo Source: USGS

Garfield Avenue Site Area
Control Point Locations



**Attachment C**

# Randall Wayne Grip, Vice-President, Aero-Data Corporation

**Education:**   Louisiana State University, BS in Geography (1996); Mapping Sciences emphasis.

Mr. Grip's course work included graduate level courses in photo interpretation, GIS mapping, GPS surveying and remote sensing with an emphasis in environmental applications.

**Professional Experience:**

September 2003 to Present       Aero-Data Corporation, Baton Rouge, LA,
                                Vice-President

As company vice-president, Mr. Grip has directed all aspects of projects including photographic printing, photo interpretation, photogrammetry, and image research and acquisition. He has experience in digital image production and geographic information systems using Digital Photogrammetric Workstations and ESRI GIS. Mr. Grip has been involved in approximately two hundred mapping projects while at Aero-Data. During this time he has been trained and supervised by Wayne M. Grip, Aero-Data's co-founder and principal owner.

Aero-Data specializes in aerial photography and mapping, environmental photointerpretation, and geographic information systems. The company was founded in 1983. It has completed over fifty oil field studies since its founding. Aero-Data has a complete photo laboratory and two airplanes as well as aerial mapping cameras, GPS surveying and navigation receivers, and digital stereoplotter/photointerpretation work stations.

Aero-Data's projects number over 700 sites in 32 different states, to date. They include historical aerial photography-based hazardous waste site investigations; oil field investigations; environmental audits; accident site investigations; annual site documentation using aerial photography and video; contour mapping of plant sites; stockpile volume determinations; geographic information systems; and coastal zone erosion studies.

Aero-Data's client list includes many of the major corporations and law firms in the United States as well as government agencies such as the U.S. Fish and Wildlife Service, U.S. Environmental Protection Agency, U.S. Soil Conservation Service, U.S. Department of Justice, the Louisiana Department of Transportation and Development, the Louisiana Department of Natural Resources, and the Louisiana Department of Environmental Quality.

July 1995 to September 2003      Aero-Data Corporation, Baton Rouge, LA,
                                 Project Manager III

August 1990 to July 1995         Aero-Data Corporation, Baton Rouge, LA,
                                 Photolab Specialist

While obtaining his university degree, Mr. Grip worked as a photo lab specialist and aerial camera operator for Aero-Data Corporation.

**Attachment D**

## *Expert Testimony of the Past Five Years and Publications of Randall Grip*

### Trial Testimony

| | | Type of Work |
|---|---|---|
| 11/16/2012 | Edward Oneal vs. Thelma Sue Oneal Burcham et al<br>19th Judicial District Court Parish of East Baton Rouge<br>Case No. C596384<br>Historical Imagery Review and Mapping | Photointerpretation & Photogrammetry |
| 11/17/2015 | William Lane Stephenson, et al v. Wildcat Midstream Caddo, LLC<br>42nd Judicial District Court Parish of DeSoto<br>Case No. 74,224-A<br>Historical Imagery Review and Mapping | Photointerpretation & Photogrammetry |

### Deposition Testimony

| | | Type of Work |
|---|---|---|
| 8/9/2012 | Edward Oneal vs. Thelma Sue Oneal Burcham et al<br>19th Judicial District Court Parish of East Baton Rouge<br>Case No. C596384<br>Historical Imagery Review and Mapping | Photointerpretation & Photogrammetry |
| 2/26/2013 | Edward Leblanc vs Borgwarner Morse Tec Inc. et al<br>Civil District Court for the Parish of Orleans<br>CDC No. 2012-7620, Section:12-H<br>Historical Imagery Review , Mapping, and Plaintiff Geocoding | Photointerpretation & Photogrammetry |
| 12/16/2014 | Blue Tee Corp. and Gold Fields Mining, LLC v. XTRA Intermodal, Inc., et al.<br>United States District Court for the Southern District of Illinois<br>No. 3:13-cv-00830-DRH<br>Historical Imagery Review, Photointerpretation and Mapping | Photointerpretation & Photogrammetry |
| 12/22/2014 | Clyde A. Tucker et al vs Shell Oil Company, et al.<br>3rd Judicial District for the Parish of Union<br>State of Louisiana<br>Docket No. 42934<br>Historical Imagery Review, Photointerpretation and Mapping | Photointerpretation & Photogrammetry |
| 9/23/2015 | Ericsson Inc. et al., v. Ace American Insurance Company, et al.<br>State of Indiana<br>Marion County Superior Court<br>Cause No.: 49D05-0807-PL-030958<br>Historical Imagery Review, Photointerpretation and Mapping | Photointerpretation & Photogrammetry |

### Publications

November 2000

Application of Aerial Photography and Photogrammetry in Environmental Forensic Investigations
Wayne M Grip, Randall W. Grip and Robert D. Morrison
Journal of Environmental Forensics (2000) 1, 121-129

Randall W. Grip (Vol. I)                                        April 4, 2017
Newark, NJ

```
 1              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
 2
        - - - - - - - - - - - - - - - - - - - - - - -X
 3

        PPG INDUSTRIES, INC.,          Civil Action No.
 4                                     2-12-CV-03526 (KM)(MAH)
 5          Plaintiff
            Counterclaim Defendant,
 6
 7          -vs-
 8      UNITED STATES OF AMERICA,
        UNITED STATES DEPARTMENT OF
 9      COMMERCE, PENNY PRITZKER,
        SECRETARY OF COMMERCE, IN HER
10      OFFICIAL CAPACITY, and UNITED
        STATES DEPARTMENT OF DEFENSE,
11
12          Defendants-Counterclaimants.
13      - - - - - - - - - - - - - - - - - - - - - - - X
14
15
16          DEPOSITION of RANDALL W. GRIP, VOLUME 1,
17      taken pursuant to Notice, held at the law offices of
18      LeCLAIR RYAN, One Riverfront Plaza, 1037 Raymond
19      Boulevard, 16th Floor, Newark, New Jersey 07102, on
20      Tuesday, April 4, 2017, at 9:30 a.m. before
21      JEANNETTE MCCORMICK, a Certified Shorthand Reporter,
22      License No. XI00920, and a Notary Public.
23
24
25
```

Randall W. Grip (Vol. I)                                                                April 4, 2017
Newark, NJ

Page 22

1    site, you know.  So we had that listing.  You know,
2    I'm not clear on the more modern research that we
3    did, but I think we did some additional research,
4    and sent out requests to vendors to see if they had
5    coverage of the area on this time frame, and then
6    they report back and, you know, and I get a listing
7    of the imagery and I acquire it.
8          Q.  Did you make any requests for any documents
9    to counsel for PPG?
10         A.  There were some, yes.
11         Q.  Do you recall any instances where documents
12   that you requested were not provided to you by PPG?
13               MR. LAGROTTERIA:  Objection to form.
14               THE WITNESS:  No.
15   BY MR. BARR:
16         Q.  And when I refer to PPG, I'm including their
17   attorneys.  Do you understand that?
18         A.  I do.
19         Q.  Okay.  Now, were you aware that PPG has
20   maintained a computerized database of the documents
21   produced by the parties in this case?
22         A.  I haven't been informed of any of that, no.
23         Q.  So, you never had access where you could
24   perform remote searches from your office in that
25   database for documents that might be relevant?

Page 23

1          A.  I didn't have a need for -- I didn't have any
2    requests, and I wasn't provided for any method of
3    searches on my own.
4          Q.  All right.  Let me just go over a couple of
5    terms that we're going to use, I think, fairly
6    frequently in this matter, and just so that we have
7    a common frame of reference.
8                When I refer to PPG, and the context is
9    before 1968, I'm referring to Pittsburgh Plate Glass
10   Company.  After 1968, it became PPG Industries.  So
11   you'll have that date in mind, I assume.
12               From time to time, we'll refer to Natural
13   Products Refining Company or, for short, Natural
14   Products.  And are you familiar with, you know, the
15   company, or you've seen references from time to time
16   to Natural Products?
17         A.  I've seen references in Ms. Stout's report,
18   yes.
19         Q.  Okay.  Before you saw Ms. Stout's report
20   referring to Natural Products, were you familiar
21   with the operations or establishment, for example,
22   of Natural Products?
23               MR. LAGROTTERIA:  Object to form.
24               THE WITNESS:  Who owned the property or
25   ownership and times like that, made no

Page 24

1    difference to me.  So I wasn't really
2    concerned who owned it, when, or any of that.
3    BY MR. BARR:
4          Q.  Okay.  So those issues were not relevant to
5    the scope of your assignment?
6                MR. LAGROTTERIA:  Objection to form.
7    You can answer.
8                THE WITNESS:  No.  I am looking at
9    imagery on these dates.
10   BY MR. BARR:
11         Q.  And I take it when you saw Ms. Stout's report
12   you became familiar with a company called
13   Columbia-Southern Chemical Company?
14               MR. LAGROTTERIA:  Objection to the form.
15   You can answer it.
16               THE WITNESS:  I saw reference to that in
17   the report.
18   BY MR. BARR:
19         Q.  Was that the first time you had seen
20   references to Columbia-Southern?
21         A.  Yeah.  I believe so, yeah.
22         Q.  Okay.  And when I refer to the United States,
23   sometimes I'll refer to the government, sometimes
24   I'll refer to agencies in the United States, I'm
25   using those terms interchangeably.

Page 25

1          A.  Okay.
2          Q.  I just want you to know that.  Okay.
3                What we're going to do -- what we've done
4    before we went on the record is we marked four
5    exhibits that I know we're going to use quite a bit
6    today, and those are the reports that you prepared
7    and that Ms. Stout prepared.
8                So I'm going to ask the court reporter to
9    hand you the stickered copies, and the extra copies
10   to counsel.
11               MR. LAGROTTERIA:  Thanks, Lew.
12         (Whereupon, Defendant's Deposition
13          Exhibits Nos. Grip 1, Grip 2, Grip 3
14          and Grip 4 were marked for
15          Identification.)
16   BY MR. BARR:
17         Q.  Okay.  If you would just glance briefly at
18   your two reports.  Your October 7th report is
19   Exhibit 1.  And your January 6th report is
20   Exhibit 3.
21         A.  Yes.
22         Q.  And you recognize these as the reports that
23   you generated on behalf of PPG in this matter?
24         A.  Yes.
25               MR. LAGROTTERIA:  Look through them and

Alderson Court Reporting

Randall W. Grip (Vol. I)                                                         April 4, 2017
Newark, NJ

|                                                 | Page 26 |
|---|---|
| 1 | make sure. |
| 2 | BY MR. BARR: |
| 3 | Q. I think for our present purposes all you need |
| 4 | to do is page through them. |
| 5 | MR. LAGROTTERIA: Does it look okay? |
| 6 | THE WITNESS: I mean, it looks okay, but |
| 7 | I haven't confirmed every bit, you know. |
| 8 | BY MR. BARR: |
| 9 | Q. No. And if in the course of the deposition |
| 10 | you see anything that you believe is amiss, please |
| 11 | let us know. |
| 12 | A. Okay. Well, they do look like my reports. |
| 13 | Q. Okay. The first question I have is, are all |
| 14 | of your opinions in this case contained in these two |
| 15 | documents, Exhibit 1 and Exhibit 3 to your |
| 16 | deposition? |
| 17 | A. All my opinions -- I mean, all of these -- |
| 18 | the writings in these reports are my opinion. There |
| 19 | might be other opinions that I -- that as a result |
| 20 | of depositions, that I come up with, that I |
| 21 | conclude, but these currently are my opinions. |
| 22 | Q. Okay. So as we sit here today, you have not |
| 23 | formulated any other opinions beyond the ones that |
| 24 | are stated in your two reports? |
| 25 | MR. LAGROTTERIA: Object to the form. |

Page 28

1  to Ms. Stout's rebuttal report dated January 6th,
2  have you put those opinions in writing?
3      A. No.
4      Q. In connection with those additional opinions
5  that you've formulated, have you identified any
6  additional documents or data that are relevant to
7  those additional opinions?
8          MR. LAGROTTERIA: Objection to the form.
9          THE WITNESS: No. It's off of the work
10     that was already produced, but it was part of
11     the opinions are the data that I requested
12     from Ms. Stout that I had a chance to review
13     it finally.
14  BY MR. BARR:
15     Q. And you're referring to requests that have
16  been made through counsel since last December and
17  January reports?
18     A. Yes. I made a request for files, and then
19  about a month later I got the files.
20     Q. And you're aware that we made certain
21  requests to you for additional data?
22     A. Right. And I promptly provided those. And
23  then there was some additional requests, and I
24  promptly provided that as well. I believe there
25  were three total requests.

Page 27

1      Just to clarify, Lew, you're saying what
2  about Ms. Stout's rebuttal, are you asking if
3  he has any opinions about her rebuttal
4  report? Just so we are clear for the record
5  and not confusing the witness.
6          MR. BARR: That's one of the things we
7  are going to need to develop.
8          MR. LAGROTTERIA: Okay. Do you
9  understand it? Do you have any opinions
10     about her rebuttal report?
11         THE WITNESS: I do have other opinions
12     about the rebuttal opinion, correct. That
13     might be cleared up through the deposition,
14     but I'm not certain.
15  BY MR. BARR:
16     Q. So that I'm crystal clear, it's your
17  testimony that you have formulated additional
18  opinions regarding Ms. Stout's rebuttal report?
19     A. Yes.
20     Q. Okay. And as far as the two reports that you
21  have submitted, these cite to all the documents on
22  which you rely in support of the opinions that
23  you've stated in these reports, correct?
24     A. I believe they do.
25     Q. The opinions that you've reached with respect

Page 29

1      Q. Well, we certainly promptly provided our
2  information to counsel for PPG.
3          Since the submission of your October 7th and
4  January 6th reports, have you modified any of the
5  opinions stated in those reports?
6      A. I don't believe so, no.
7      Q. Could you describe for the record your
8  assignment from PPG in this case?
9          MR. LAGROTTERIA: Asked and answered,
10     but go ahead and answer.
11         THE WITNESS: I was asked to gather up
12     the imagery of the site that I could find,
13     and then look at activities on the obvious
14     open and obvious piles that exist through
15     these years, or whenever I see these piles.
16  BY MR. BARR:
17     Q. What is -- what was your understanding of the
18  purpose of the assignment?
19         MR. LAGROTTERIA: Objection to the
20     extent you're asking for communications
21     between counsel and Mr. Grip.
22         THE WITNESS: The purpose of the
23     assignment is to understand what the
24     activities were on these piles historically.
25  //

Randall W. Grip (Vol. I)                                                                April 4, 2017
                                            Newark, NJ

Page 150

1       MR. BARR: Let's go back on the record.
2   BY MR. BARR:
3       Q. If I could please ask you to look at your
4   October 2016 report, Exhibit 1, page 3 with a
5   carryover to page 4, where you discuss the April 6,
6   1940 aerial photograph. And having reviewed that
7   portion of your report, if you turn to your
8   Attachment B, Figures, and look, please, at the
9   figure based upon the April 6, 1940 photograph.
10  Have you found that figure yet?
11      A. Oh, yes, I have. Sorry.
12      Q. Okay. On that figure pertaining to the April
13  6, 1940 aerial photograph, you've got your
14  stockpiles. And then there is also a reference to a
15  light-toned pile near the southern-most of the plant
16  buildings.
17      Do you see that?
18      A. Yes.
19      Q. Why did you find that light-toned pile to be
20  noteworthy?
21      A. I performed my initial mapping, and then I
22  had discussions with counsel, and explained to them
23  what I see on the site, counsel and other experts.
24      Q. Now, did you measure the dimensions and
25  volume of that light-toned pile?

Page 151

1       A. I don't believe I have, no.
2       Q. Why not?
3       A. I just didn't. I didn't do it. Let's see.
4       Q. You've performed measurements and volume
5   calculations for other light-toned piles on other
6   photographs, have you not?
7       A. Yes, I have. I don't recall specifically. I
8   know I identified that it was there, but --
9       Q. Can you do so? Can you do those
10  calculations? I don't mean right here and now.
11      A. It's an -- they're not as consolidated on
12  this date as they are on a later date, but yes, I
13  can perform an estimate.
14      Q. When you say "consolidated," what do you
15  mean?
16      A. Well, in the later years, it's more of a
17  massive, consolidated pile. This is smaller,
18  lower-lying piles in three rows, as I recall it.
19  It's different than it -- it looks different than it
20  did later. I believe you will see it later in that
21  1940 year. The shadows bring out the detail a
22  little bit more.
23      Q. But, in any event, for the November 1, 1940
24  photograph, you did not measure those -- those were
25  also -- I guess you'd have to call them light-toned

Page 152

1   piles?
2       A. Well, you know, definitely on the earlier
3   date I will call it a light-toned pile. On this
4   date there is a light side to it. A part is in the
5   shadow. It doesn't -- the overall texture and tone
6   on the area around the pile is not as light as it
7   was on the previous date.
8       Q. Now, while we're on the November 1, 1940
9   photograph, you refer to mud carts. What was the
10  significance of the -- why did you find that
11  activity noteworthy?
12      A. I understood that mud carts were used to
13  bring material out to the piles. It was just an
14  observation of activity.
15      Q. Out to the large stockpiles?
16      A. Yes. I believe there's a pathway. It's
17  almost off the plant site is the mud carts -- not
18  the plant side -- they're in between the plant and
19  the waste piles, that I have indicated on 11/1/1940.
20      Q. And are you also aware that the mud carts
21  brought material from those waste stockpiles back to
22  the plant buildings?
23      A. I just knew that they used these carts to
24  transport material. I don't know what direction
25  necessarily. I know the material had to somehow get

Page 153

1   out to these locations.
2       Q. For the various light-toned piles that
3   appear, well, for example, on the April 6, 1940
4   photograph, and on other photographs, were you able
5   to determine what the material was that was
6   light-toned?
7       A. First of all, I want to say, initially, in
8   1940, I see these piles. And that they exist --
9   they continue to exist in 1940, 11/1/40. And then
10  they appear to be mostly taken away. The area is
11  disturbed in '43. You can see parking and the mud
12  carts are around that former area through 1944.
13      Q. And you're referring to the December 22, 1943
14  and December 24, 1943 photographs where you note the
15  presence of the mud carts?
16      A. Right. And I believe -- let me refer to
17  my -- -- I don't want to go by memory. I refer to
18  the light-toned pile and the dates following through
19  4/4 -- 7/1 of '44 until another pile appears in
20  4/28/1947. The composition of that pile, all I can
21  tell you is the tone of the pile, the height of the
22  pile, the proximity of the pile, you know, the
23  slope, the texture of it based on the aerials.
24      Q. Now, looking at these as a group, the April
25  1940, the November 1940, the December 1943, and the

Alderson Court Reporting

Randall W. Grip (Vol. I)                                                    April 4, 2017
Newark, NJ

Page 154

1    July 1944 photographs, to the untrained eye there
2    appears to be a light-colored area in approximately
3    the same location in each of those photographs to
4    the south from the southern most factory buildings.
5    Do you agree with that?
6    A. Yes, but that does not mean there's a pile
7    there. It means that --
8    Q. I understand that. And that's why I didn't
9    use the word pile in the question.
10   A. All right. I apologize. It is a light-toned
11   area that remains. If you put a pile of coal in a
12   parking lot and then you scrape all the coal off,
13   there's still going to be material there that's that
14   color.
15   Q. As long as we're talking about the July 1,
16   1944 photograph, you note four sets of mud carts?
17   A. I see four arrows pointing to it. I don't
18   know if one arrow is possibly pointing to the same
19   set of mud carts. I would have to zoom in. But I
20   see -- there's definitely trains and mud carts that
21   you can see even without the labeling.
22   Q. Why did you find the presence of the mud
23   carts, whether it's three trains or four trains, to
24   be significant?
25   A. I just knew that that was involved with the

Page 155

1    activities on these piles that I studied in my
2    scope. So I called that out.
3    Q. Okay. These mud carts, do you know whether
4    they were taking material to the large stockpiles to
5    the southeast or bringing material from those
6    stockpiles to the south of the plant building?
7    A. Southeast?
8    MR. LAGROTTERIA: Objection to the form.
9    THE WITNESS: Are you saying --
10   BY MR. BARR:
11   Q. Do you want --
12   A. Can you repeat it? I'm sorry.
13   MR. BARR: Yes. Please read back the
14   question.
15   (Question read back as follows:)
16   "QUESTION: These mud carts, do you know
17   whether they were taking material to the
18   large stockpiles to the southeast or bringing
19   material from those stockpiles to the south
20   of the plant building?"
21   A. In this actual photograph, I don't see motion
22   of these carts, which you can often -- or I don't
23   recall that these carts are in motion on this 7/1/44
24   date. So I don't know what direction they're moving
25   in either. I don't see by memory, and I haven't

Page 156

1    pointed it out on the imagery, that there's any
2    material in the area south of those plant buildings.
3    I don't see them in motion, so I don't see them
4    doing -- they're not active at that time in that
5    photograph, I don't believe, unless there's one -- I
6    don't see one called out on the pile, but I would
7    have to see the motion, the direction between each
8    frame.
9    Q. And I think you properly corrected me on the
10   July 1, '44, it's a light-toned area, but not
11   necessarily -- you don't see a light-toned pile?
12   A. Right.
13   Q. If you'd turn, please, to your rebuttal
14   report, Exhibit 3, and your figure that relates to
15   the October 27, 1942 aerial photograph. And if you
16   need to review the text on page 2 where you discuss
17   the October 27, 1942 aerial photograph, please go
18   right ahead.
19   A. Okay. I'm ready.
20   Q. On the October 27, 1942 photograph figure you
21   have what I take to be three references to trains of
22   mud carts. Am I reading that correctly?
23   A. Yes.
24   Q. And it appears that there is a light-toned
25   area next to those indicated trains and mud carts

Page 157

1    again to the south of the plant buildings.
2    A. Yes. Okay.
3    Q. The light-toned area on the October 27, 1942
4    photograph, is that a pile or just an area?
5    A. It looks mainly like an area. There could be
6    remnant -- it looks like they cut into that original
7    surface. You can see the signature of some of these
8    features that were visible in 11/1 of 1940, that
9    they've cut into it, and so it's a -- there's some
10   elevation around it, but it's not as it was in the
11   1940. So it looks to be smoothed out in the
12   materials.
13   Q. Did you perform any calculations regarding
14   the dimensions or the volume of the material present
15   in that light-toned area as of the date of this 1942
16   photograph?
17   A. No.
18   Q. Any reason why not?
19   A. It's an absence of material. It's flat, by
20   memory. So I didn't -- and I didn't measure the
21   businesses of the flat area.
22   Q. Okay. So you didn't do the length and width
23   of that light-toned area, just as you did not do
24   that for the 1940 photographs, correct?
25   A. Right. That's correct, I did not measure

Alderson Court Reporting

Randall W. Grip (Vol. I)                                                                April 4, 2017

Newark, NJ

Page 158

1    that. I mean, you can, but I didn't see the need.
2        Q. Let's go back to Exhibit 1, your October 2016
3    report, and focus for a moment on the two December
4    1942 photographs.
5        A. Okay.
6        Q. Now, if I understand you correctly, you did
7    not attempt to characterize the nature of the
8    material in the light-toned areas on these two
9    photographs, correct?
10           MR. LAGROTTERIA: Which two again?
11           MR. BARR: The two December 1943 taken
12       two days apart.
13       A. From my memory, it was a lack of material,
14   and it's just a light toned surface. I didn't
15   measure that light-toned area.
16       Q. Well, the question was, did you try to
17   characterize the nature of that material in that
18   area?
19           MR. LAGROTTERIA: Objection to the form.
20       You can answer.
21           THE WITNESS: Insofar as if there was
22       material there in the pile?
23   BY MR. BARR:
24       Q. Whatever formed the light tone would have
25   been some kind of material.

Page 159

1        A. Oh, what that material may -- no, not from
2    the air. Other than the tone. I would have to have
3    other information.
4        Q. What other information would you need?
5        A. A sample of what that is.
6        Q. Or a description of that material in one or
7    more documents?
8            MR. LAGROTTERIA: Objection to form.
9        You can answer.
10           THE WITNESS: I would have to look at
11       the document to see if it refers to that
12       area. if it definitively does on that date,
13       yes.
14   BY MR. BARR:
15       Q. All right. Let's look, please, in Exhibit 1
16   at your figure pertaining to the April 28, 1947
17   aerial photograph.
18       A. Okay.
19       Q. On this figure you refer to a light-toned
20   pile again in this area to the south of the factory
21   buildings?
22       A. Yes.
23       Q. And you --
24       A. Well, plant buildings.
25       Q. I beg your pardon?

Page 160

1        A. I'm sorry. The plant buildings. We've been
2    calling them the plant buildings.
3        Q. What did I call them?
4        A. Factory buildings.
5        Q. Plant is just fine. In any event, these are
6    the Natural Products plant buildings, correct, as
7    far as you know?
8        A. I don't know who owned it at this time. So I
9    don't want to answer it in that way. There's
10   buildings that are in the south of those buildings.
11       Q. Okay. And this pile is in the same area as
12   the previous light-toned piles and light-toned
13   areas, correct?
14       A. It's in the same general area, but it's more
15   consolidated, taller, and obvious than the other
16   date. This is one large, consolidated pile. The
17   others were smaller, three-tiered piles, and then
18   the materials was taken away and it was flat. And
19   then this appeared on '47.
20       Q. Are you aware of any aerial photographs taken
21   between July 1, 1944 and April 28, 1947 of this
22   area?
23       A. Vertically -- let me see. I don't recall any
24   vertical aerials that I've seen. There would be
25   some obliques that were taken. There's some unknown

Page 161

1    dates of the obliques. But as a vertical, I'm not
2    aware of any.
3        Q. To the extent the dates for oblique
4    photographs are unknown, is there any basis for
5    saying that those obliques were taken between
6    July 1, 1944 and April 28, 1947?
7            MR. LAGROTTERIA: Objection to the form.
8        You can answer.
9            THE WITNESS: Yes, there's things that
10       you can do to date those files.
11   BY MR. BARR:
12       Q. Have you dated any of those photos?
13       A. I believe. Yes, I've done some of that in
14   the report.
15       Q. Let's -- if you can point me to where you
16   have done that. I believe you're going to be
17   referring me to Exhibit 1 Historical Oblique Aerial
18   Photos?
19       A. Yes. Well, let me see. It's Exhibit 1 and
20   it's after the 2007 imagery. There's obliques. My
21   apologies. I see a page I was missing. Yes, this
22   says Historical Oblique Aerial Photos.
23       Q. Right. Now, there were several which are
24   labeled photo taken after April 28, 1947. And there
25   are others which have no date indication at all. If

41 (Pages 158 to 161)