# Exhibit 4
# (Part II of II)



AERO-DATA CORP

Underlying Image
PPGNPR1060693-976

100  0   100  200  Feet

N

Approximate Scale and North Arrow

Use Glasses for
Stereo Viewing

3-D Image
6/8/1953
Jersey City, NJ
Photo Source: NARA



AERO-DATA CORP

Underlying Image
PPGNPR1060693-976
PPGNPR00448094-112

N

Approximate Scale and North Arrow

100    0    100    200 Feet

Use Glasses for
Stereo Viewing

3-D Image
12/5/1953
Jersey City, NJ
Photo Source: INTRASEARCH



Use Glasses for
Stereo Viewing

N↑
Approximate Scale and North Arrow

100 0 100 200 Feet

Underlying Image
USNPR0013846

3-D Image
1/4/1954
Jersey City, NJ
Photo Source: USGS



AERO-DATA CORP

Underlying Image
PPGNPR1060693-976

100  0  100  200  Feet

N

Approximate Scale and North Arrow

Use Glasses for
Stereo Viewing

3-D Image
2/18/1954
Jersey City, NJ
Photo Source:  USGS



AERO-DATA CORP.

Underlying Image
PPGNPR1060693-976

100   0   100   200 Feet

N

Approximate Scale and North Arrow

Use Glasses for
Stereo Viewing

3-D Image
5/24/1958
Jersey City, NJ
Photo Source: COLEAST



AERO-DATA CORP.

Underlying Image
USNPR0013848

100  0  100  200 Feet

N

Approximate Scale and North Arrow

Use Glasses for
Stereo Viewing

3-D Image
4/16/1959
Jersey City, NJ
Photo Source: ROBINSON



Underlying Image
PPGNPR0024487

100   0   100   200   Feet

N

Approximate Scale and North Arrow

Use Glasses for
Stereo Viewing

3-D Image
4/12/1961
Jersey City, NJ
Photo Source: TXAERO





Underlying Image
PPGNPR1060693-976

100  0  100  200  Feet

Approximate Scale and North Arrow

N

Use Glasses for
Stereo Viewing

3-D Image
5/7/1962
Jersey City, NJ
Photo Source: INTRASEARCH



AERO-DATA Corp

Underlying Image
PPGNPR0047271

100   0   100   200   Feet

Approximate Scale and North Arrow

N

Use Glasses for
Stereo Viewing

3-D Image
11/12/1962
Jersey City, NJ
Photo Source: NOS

Use Glasses for
Stereo Viewing

N

Approximate Scale and North Arrow

100   0   100   200 Feet

Underlying Image
USNPR0013850

3-D Image
1/14/1963
Jersey City, NJ
Photo Source: ROBINSON



Underlying Image
PPGNPR00448094-112

100   0   100   200   Feet

N
Approximate Scale and North Arrow

Use Glasses for
Stereo Viewing

3-D Image
6/20/1966
Jersey City, NJ
Photo Source: NOS

# Control Points and Check Points

Photo Control Points Superimposed
on 2007 Imagery

Photo Source: USGS

Garfield Avenue Site Area

△   Control Point Locations

Photo Control Points Superimposed
on 2007 Imagery and LiDAR Terrain
LiDAR Source: NOS
Photo Source: USGS

Garfield Avenue Site Area

Control Point Locations

AERO-DATA CORP.

Photo Elevation Check Points
Superimposed on 2007 Imagery

Photo Source: USGS

Garfield Avenue Site Area

Elevation Check Point Locations

80    0    80    160  Feet

## Attachment C

## Randall Wayne Grip, Vice-President, Aero-Data Corporation

**Education:**    Louisiana State University, BS in Geography (1996); Mapping Sciences emphasis.

Mr. Grip's course work included graduate level courses in photo interpretation, GIS mapping, GPS surveying and remote sensing with an emphasis in environmental applications.

**Professional Experience:**

September 2003 to Present    Aero-Data Corporation, Baton Rouge, LA,
                             Vice-President

As company vice-president, Mr. Grip has directed all aspects of projects including photographic printing, photo interpretation, photogrammetry, and image research and acquisition. He has experience in digital image production and geographic information systems using Digital Photogrammetric Workstations and ESRI GIS. Mr. Grip has been involved in approximately two hundred mapping projects while at Aero-Data. During this time he has been trained and supervised by Wayne M. Grip, Aero-Data's co-founder and principal owner.

Aero-Data specializes in aerial photography and mapping, environmental photointerpretation, and geographic information systems. The company was founded in 1983. It has completed over fifty oil field studies since its founding. Aero-Data has a complete photo laboratory and two airplanes as well as aerial mapping cameras, GPS surveying and navigation receivers, and digital stereoplotter/photointerpretation work stations.

Aero-Data's projects number over 700 sites in 32 different states, to date. They include historical aerial photography-based hazardous waste site investigations; oil field investigations; environmental audits; accident site investigations; annual site documentation using aerial photography and video; contour mapping of plant sites; stockpile volume determinations; geographic information systems; and coastal zone erosion studies.

Aero-Data's client list includes many of the major corporations and law firms in the United States as well as government agencies such as the U.S. Fish and Wildlife Service, U.S. Environmental Protection Agency, U.S. Soil Conservation Service, U.S. Department of Justice, the Louisiana Department of Transportation and Development, the Louisiana Department of Natural Resources, and the Louisiana Department of Environmental Quality.

July 1995 to September 2003    Aero-Data Corporation, Baton Rouge, LA,
                               Project Manager III

August 1990 to July 1995    Aero-Data Corporation, Baton Rouge, LA,
                            Photolab Specialist

While obtaining his university degree, Mr. Grip worked as a photo lab specialist and aerial camera operator for Aero-Data Corporation.

## Attachment D

### Expert Testimony of the Past Five Years
### and Publications of Randall Grip

| **Trial Testimony** | **Type of Work** |
|---|---|
| 11/16/2012    Edward Oneal vs. Thelma Sue Oneal Burcham et al <br> 19th Judicial District Court Parish of East Baton Rouge <br> Case No. C596384 <br> Historical Imagery Review and Mapping | Photointerpretation & Photogrammetry |
| 11/17/2015    William Lane Stephenson, et al v. Wildcat Midstream Caddo, LLC <br> 42nd Judicial District Court Parish of DeSoto <br> Case No. 74,224-A <br> Historical Imagery Review and Mapping | Photointerpretation & Photogrammetry |

| **Deposition Testimony** | **Type of Work** |
|---|---|
| 8/9/2012    Edward Oneal vs. Thelma Sue Oneal Burcham et al <br> 19th Judicial District Court Parish of East Baton Rouge <br> Case No. C596384 <br> Historical Imagery Review and Mapping | Photointerpretation & Photogrammetry |
| 2/26/2013    Edward Leblanc vs Borgwarner Morse Tec Inc. et al <br> Civil District Court for the Parish of Orleans <br> CDC No. 2012-7620, Section:12-H <br> Historical Imagery Review , Mapping, and Plaintiff Geocoding | Photointerpretation & Photogrammetry |
| 12/16/2014    Blue Tee Corp. and Gold Fields Mining, LLC v. XTRA Intermodal, Inc., et al. <br> United States District Court for the Southern District of Illinois <br> No. 3:13-cv-00830-DRH <br> Historical Imagery Review, Photointerpretation and Mapping | Photointerpretation & Photogrammetry |
| 12/22/2014    Clyde A. Tucker et al vs Shell Oil Company, et al. <br> 3rd Judicial District for the Parish of Union <br> State of Louisiana <br> Docket No. 42934 <br> Historical Imagery Review, Photointerpretation and Mapping | Photointerpretation & Photogrammetry |
| 9/23/2015    Ericsson Inc, et al., v. Ace American Insurance Company, et al. <br> State of Indiana <br> Marion County Superior Court <br> Cause No.: 49D05-0807-PL-030958 <br> Historical Imagery Review, Photointerpretation and Mapping | Photointerpretation & Photogrammetry |

## Publications

November 2000

Application of Aerial Photography and Photogrammetry in Environmental Forensic Investigations

Wayne M Grip, Randall W. Grip and Robert D. Morrison

Journal of Environmental Forensics (2000) 1, 121-129

EXHIBIT 2

Supplemental Report

and Rebuttal Report
of
Kristen Stout's:


Expert Report PPG Industries, Inc
Non-Residential Chromium Chemical
Production Waste Sites 114, 121, 132, 133,
135, 137, 143, 186, 202, and 207
Jersey City, N.J.

Randall Grip

Aero-Data Corporation LLC

January 6, 2017

## Scope of Work

My name is Randall W. Grip.  I have a Bachelor of Science Degree in Geography from Louisiana State University.  I am Vice-President of Aero-Data Corporation.  Aero-Data specializes in aerial mapping and environmental studies using aerial photography and historical maps.  Over the past 19 years, I have provided expert photo-interpretation and photogrammetry services for environmental assessment purposes.  In the course of this work, I have participated in studies and obtained and interpreted aerial photographs of sites throughout the United States as well as in other foreign nations.

My expertise is in the area of review and analysis of readily available aerial photography.  The processes I use include research and acquisition of stereoscopic photography, high resolution photogrammetric scanning, geo-registration of stereo images, and digital orthophoto production.  I have been qualified as an expert witness in the fields of photo-interpretation and photogrammetry.

I have mapped three additional dates which were not included in my October 2016 report as the images were not provided to me and only recently produced by the Government subsequent to the issuance of Ms. Stout's October 2016 expert report.  My findings and opinions regarding these images are discussed in the "Supplemental Interpretations by Date" section of this report.

As explained in greater detail below, I have read Ms. Stout's report and reviewed her Figures, including historical aerial photographs and maps.  The purpose of my report is to assist the Court in understanding what information about the Site can be derived from these historical aerial photographs and to analyze whether Ms. Stout's interpretation of the aerial photographs are accurate.  My comments and rebuttal opinions are outlined in the "General Rebuttal Opinions" section of this report. My opinions are provided to a reasonable degree of scientific and professional certainty.  I reserve the right to supplement or further expand upon my opinions.

## Documents and Information Relied Upon

The opinions expressed in this report are based upon my review of Ms. Stout's October 6, 2016 expert report, including the ground photography and vertical aerial photography, and my experience and training.  The additional dates and sources of aerial photography are as follows: 10/27/1942 NARA, 4/10/1954 NARA and 11/29/1955 Robinson.

## Methodology

In preparing my opinions for this report, I employed the same methods of analysis described in my October 2016 report on this matter.

I found that Ms. Stout's methods differed from mine primarily in the methodology (type of equipment) she used.  My methods involve the use of a digital stereoplotter capable of providing stereoscopic viewing of the images at magnification levels ranging from 1x to 128x.  The method I employed utilizes geo-referenced stereoscopic images, which allows me to measure elevations and rapidly switch between different dates of photography.  When switching dates, the measuring point will remain in the same location from date to date.  The method I employed facilitates change detection both vertically and horizontally between the dates of photography which are often taken from different altitudes and flight directions.   I reviewed both the film and digital images using this method.

1

In contrast, Ms. Stout's employs an older method for film review. Ms. Stout states that during photographic analysis in this case she used a zoom stereoscope with a light table to view stereo film. This method requires the interpreter to manually change the stereoscopic film pairs for each date. Depending on the complexity of the Site, Ms. Stout's method is cumbersome which may explain some of the misinterpretations discussed herein.

### Supplemental Interpretations by Date
The interpretations explained below are for the images subsequently produced by the Government after the serving of Ms. Stout's expert report.

#### 10/27/1942 NARA
The Plant and gas holders remain present.

The stockpiles remain visible, and terrain models were generated for these pile areas to determine the approximate volume. The stereoscopic limits of the photography did not have full coverage and did not include a portion of the south stockpile. In order to compare the date to date volume change of these piles, I assumed the pile area orientation and conditions outside of the stereoscopic coverage to be similar to the 12/22/1943 pile.

The stockpile north of Carteret Avenue is mapped and calculated to be approximately *54,696 cubic yards,* and the stockpile south of Carteret Avenue is approximately *189,730 cubic yards*. The north stockpile is *39 feet tall* at its highest point. The south stockpile is *76 feet tall* at its highest point. The north stockpile is *330 feet long* and *201 feet wide*. The south stockpile is now one large pile, *558 feet long* and *256 feet wide*.

#### 4/10/1954 NARA
The Plant remains present, and the light toned pile remains visible.

The stockpiles remain visible, and terrain models were generated for these pile areas to determine the approximate volume. The stockpile north of Carteret Avenue is mapped and calculated to be approximately *80,085 cubic yards*, and the stockpile south of Carteret Avenue is *147,868 cubic yards*. The north stockpile is *55 feet tall* at its highest point. The highest point is a placement of light toned material first visible on this date. I have included annotated exhibits delineating the area of light toned material with a cyan colored polygon on this date of imagery and several oblique photos from my original report. The south stockpile is *61 feet tall* at its highest point. The north stockpile is *336 feet long* and *225 feet wide*. The south stockpile is *505 feet long* and *237 feet wide*.

#### 11/29/1955 Robinson
The Plant remains present, and the light toned pile remains visible.

The stockpiles remain visible, and terrain models were generated for these pile areas to determine the approximate volume. The stockpile north of Carteret Avenue is mapped and calculated to be approximately *52,539 cubic yards*, and the stockpile south of Carteret Avenue is *93,109 cubic yards*.

2

The north stockpile is **55 feet tall** at its highest point.  The south stockpile is **37 feet tall** at its highest point. The north stockpile is **252 feet long** and **203 feet wide**.  The south stockpile is **283 feet long** and **222 feet wide**.

### General Rebuttal Opinions
Generally, Ms. Stout's expert report exhibits several reoccurring issues that warrant rebuttal given their impact on her ultimate conclusions. I have explained below several examples of these reoccurring issues. For clarity, I have highlighted Ms. Stout's statements in yellow.

#### Impact of Methodology on Opinions

First, as I discussed in my methodology section, Ms. Stout's prefers a method of viewing film images using a zoom stereoscope, which hinders the user's ability to accurately detect changes in the images over time. This is in contrast to my method, which allows me to rapidly switch between different dates of photography.  My method is extremely useful for change detection.  The following example shows a change from one date to the other which Ms. Stout appears to have misinterpreted as relatively unchanged.

**For example, in Section 7.9 titled "October 27, 1942 Aerial Photograph" Ms. Stout states:** *"The large wastes stockpile in the southeastern portion of Site  114 remains approximately as it appeared in the 1940 photograph."*

My Comments:
The footprint of the waste stockpile remains approximately the same as in 1940 but a large volume of material has been removed from the top of the pile.  Ms. Stout fails to identify this change, which could be due to her use of a zoom stereoscope to view film from varying altitudes and flight directions.  My method of using a digital stereoplotter facilitates the photointerpretation of these changes.

#### Unsupported Factual Statements and Conclusions
Many of Ms. Stout's apparent conclusions cannot be based on aerial interpretation, are speculative, and/or lack citations or references provided in conjunction with the statements.

**Example 1 - Ms. Stout's statements concerning the property ownership changes and history of the Site does not rely on aerial photo interpretation alone.**

My Comments:
Some of Ms. Stout's comments are not verifiable solely by viewing the aerial imagery.

**Example 2 – In Section 5.1 titled "Natural Products Refining Company Property Prior to World War II (1909 – 1940)" Ms. Stout states:** *"Sometime after the Canal ceased operations in 1912, Natural Products filled the land up to the Canal boat channel.  This is evident from the 1919 plat map which shows plant buildings located  within the former limits of what had been the Morris Canal's wider sections."*

My Comments:

The 1908, 1919, and 1928 plat maps do not have contours or any means of determining ground elevation or ground surface filling. Furthermore, the 1919 plat map depicts the Morris Canal of uniform width with no buildings within its limits.  Ms. Stout's observation is not verifiable by viewing the 1919 plat map.

In Section 4.1, Ms. Stout discusses the "Former Morris Canal limits (including the basins and wider sections)" as based on original surveys and mapping by J.R. Bien and C.C. Vermeule, 1891 which she reviewed on Figures 1-2 and 5-1 from the AECOM February 2012 report. I assume the "former limits of what had been the Morris Canal's wider sections" referenced in Section 5.1 is the same area Ms. Stout refers to as "Former Morris Canal limits (including the basins and wider sections)" in Section 4.1.

The area Ms. Stout refers to as the "Morris Canal's wider sections" is not labeled on her Figures; however, I believe this is represented by the blue polygon on her Figures 7-11 and 7-15.  I have not reviewed the method that AECOM used to georeference the 1891 map and was not able to verify the accuracy of the placement of the canal polygon.

**Example 3 –In Section 5.1 Ms. Stout also states:** *"During the late 1920s and early 1930s, Natural Products filled what had been the Morris Canal boat channel with chromium chemical manufacturing wastes. (See Figure 7-11)"*

My Comments:

There is no aerial photography taken during the filling activities, nor is any citation provided in conjunction with this statement.  Therefore, Ms. Stout cannot determine the composition of material used or the timing of filling activities of the Morris Canal.  The photo interpreter could only determine the tone/color, shadow, size, height, texture, shape, pattern and location of this material.

**Example 4 – In Section 7.3 titled "1911 Sanborn Fire Insurance Map" Ms. Stout states:**
*"Figure 7-4 shows that the first Natural Products buildings at its Garfield Avenue plant were built upon  chromium chemical manufacturing wastes.  Chromium chemical manufacturing wastes found in fill  within the historical footprint of the first buildings would have had to have come from an off- site  source."*

My Comments:

Figure 7-4 shows the historical locations of the buildings with a superimposed purple shaded area captioned "Combined Extent of the Green-Gray Mud, COPR, and Mixed Fill with COPR Material". Her assumption does not take into account the timing of disposal or fill activities which potentially took place to create this combined extent area.   Ms. Stout's opinion that fill found within the historical footprint of the first buildings had to have come from an off-site source ignores subsequent events such as the grading and filling activities that occurred in the later years with the razing of the original structures and redevelopment of the area.

4

Ms. Stout also overlays the "Combined Extent of the Green-Gray Mud, COPR, and Mixed Fill with COPR Material" over the 1911, 1932 and 1940 dates. Her decision to overlay this combined area on the dates prior to 1940 could mislead the reader to think that the extents mapped in 2010 were in place on these early years.

**Example 5 – Also at Section 7.3 Ms. Stout states:** *"The original Natural Products buildings at its Garfield Avenue plant were built upon chromium manufacturing wastes, which likely came from the nearby Mutual facility. The distance over Jersey City streets between the Mutual plant and the location of what would become the Natural Products plant is about 2.1 miles. Figure 7-5 shows one route between the two locations starting at Mutual's West Side Avenue plant, to Claremont Avenue, to Garfield Avenue. Trucks could have readily transported such wastes from the Mutual plant to the Natural Products site on these city streets."*

My Comments:
Ms. Stout draws conclusions based on speculative theories about the source of materials that were placed on site in early years. There is no photographic evidence, maps, or documents cited in conjunction with her statement which supports her conclusion that waste was taken from the Mutual Plant to the Natural Products Facility and driven across certain specific roads. .

**Example 6 – In Section 7.5 titled "Circa 1920 Ground Photograph" Ms. Stout states:** *"It shows Natural Products buildings located immediately adjacent to the main canal boat channel, which is consistent with the building locations shown on the 1919 plat map. The buildings adjacent to the canal boat channel were located within the original (broader) limits of the Morris Canal; and therefore, were constructed on top of areas that had been filled."*

My Comments:
The Ground Photograph shows buildings in locations that are generally consistent with locations on the 1919 map. However, there is no indication of the "original (broader) limits of the Morris Canal" on either one of these Figures. Stout's conclusion is not verifiable by viewing the 1919 plat map or 1920 Ground Photograph alone and she cites no other support in conjunction with her statement.

**Example 7 – In Section 7.7 "May 1932 and July 1932 Aerial Photographs" Ms. Stout states:** *"An impoundment with light-toned liquid or sludge was located northeast of the intersection of Carteret Avenue (if extended) and the former Morris Canal channel."*

My Comments:
The impoundment appears to contain a liquid but it is unclear from the aerial photography alone if the feature is sludge. The photo interpreter could only determine the visible aspects of the tone/color, shadow, size, height, texture, shape, pattern and location of this feature. Additional information is needed to determine the composition of the liquid and, similar to other Stout conclusions, no other references are cited in conjunction with this statement.

**Example 8 -- Also in Section 7.7, Ms. Stout states:** *"Chromium chemical manufacturing wastes found above the meadow mat on Site 137 and the southeastern portion of Site 114 would have been placed there prior to 1932, most likely in the 1920s or earlier."*

My Comments:

The earliest images of the waste piles are from 1932. The timing of the earliest placement of these materials "likely in the 1920s or earlier" is speculative. There is no documentation, photographs, or maps that date the placement of material. Her conclusion is not supported by an analysis of any of the maps or photographs and again, no other support is cited in conjunction with this statement.

**Example 9 – In Section 7.11 titled "April 28, 1947 Aerial Photograph" Ms. Stout states:** *"Pits with liquid are visible in the area where the oil tanks had been located."*

My Comments:

These features appear to be impoundments with liquid within former low areas which were formed by the placement of fill material and/or debris. There is no indication that these are pits from the aerial imagery or maps and Ms. Stout fails to cite any support for her conclusion. Additional impoundments are visible, and mapped by Ms. Stout to "Liquid" to the north and east of these features.

**Example 10 – In Section 7.13 titled "April 10, 1954 Aerial Photograph" Ms. Stout states:** *"Dark-toned material and dark-toned liquid has been dumped on the fill area; and light-toned material and debris have been dumped along the east side of the fill area."*

My Comments:

The "dark-toned material and dark-toned liquid" is a slightly impounded area created from light toned filling in the area. It contains liquid but is hydraulically connected to the low area with liquid to the south of the area. It is unclear from the aerials alone if this liquid is actually a dark color or it is just free of turbidity and therefore relatively clear. It is similar in tone to the other liquid areas mapped by Ms. Stout.

*Supplemental Report*
*Orthophotos*





**Mud Carts**

**Mud Carts**

**Area of
Light Toned
Material on Pile**

**80,085 cu yds**

**147,868 cu yds**

**Stockpile North
of Carteret**

**Stockpile South
of Carteret**

4/10/1954
Jersey City, NJ
Photo Source: NARA

*Pile Terrain Model
Elevation Range (Feet)*

| | |
|---|---|
| | 84.701 - 95.066 |
| | 74.336 - 84.701 |
| | 63.971 - 74.336 |
| | 53.606 - 63.971 |
| | 43.242 - 53.606 |
| | 32.877 - 43.242 |
| | 22.512 - 32.877 |
| | 12.147 - 22.512 |
| | -0.765 - 12.147 |

80    0    80    160 Feet

AERO-DATA CORP.

**Area of Light Toned Material on Pile**

**Stockpile North of Carteret**

**Stockpile South of Carteret**

4/10/1954
Jersey City, NJ
Photo Source: NARA

Terrain Model of Piles Removed to Show Underlying
Light Toned Material on Stockpile North of Carteret

80   0   80   160 Feet

AERO-DATA CORP
ENVIRONMENTAL
REMOTE SENSING SERVICES
AERIAL PHOTO ANALYSIS
INTERPRETATION and MAPPING



11/29/1955
Jersey City, NJ
Photo Source: Robinson

**Pile Terrain Model**
**Elevation Range (Feet)**

84.701 - 95.066
74.336 - 84.701
63.971 - 74.336
53.606 - 63.971
43.242 - 53.606
32.877 - 43.242
22.512 - 32.877
12.147 - 22.512
-0.765 - 12.147

# Historical
# Oblique Aerial Photos

Light Toned Fill Area

Area of Light Toned Residue Sprue

Stockpile North of Carteret

Stockpile South of Carteret

AERO-DATA CORP

Underlying Image
PPGNPR1028246

Oblique Photograph
1031164
Jersey City, NJ
Photo Source:  FAIRCHILD

Light Toned Pile

Area of Light Toned Material on Pile

Stockpile North of Carteret

Stockpile South of Carteret

Underlying Image
PPGNPR1028249

AERO-DATA CORP

Oblique Photograph
103181
Jersey City, NJ
Photo Source: FAIRCHILD

# Supplemental Report
## Stockpile Terrain Model
### Oblique Views



Stockpile South of Carteret

Stockpile North of Carteret

Carteret Ave

Halladay St

Forrest St

Mapped Terrain Model
10/27/1942
Jersey City, NJ
Photo Source: NARA

Scene is Facing Approximate South

Underlying Image

N

AERO-DATA CORP



Stockpile South
of Carteret

Stockpile North
of Carteret

Halladay St.

Forrest St.

Mapped Terrain Model
4/10/1954
Jersey City, NJ
Photo Source: NARA

Scene is Facing Approximate South

Underlying Image

N



Stockpile South
of Carteret

Stockpile North
of Carteret

Underlying Image

N

Scene is Facing Approximate South

Mapped Terrain Model
11/29/1955
Jersey City, NJ
Photo Source: Robinson

# Supplemental Report
## Anaglyph 3-D Images





Underlying Image

Approximate Scale and North Arrow

100   0   100   200  Feet

Use Glasses for
Stereo Viewing

3-D Image
10/27/1942
Jersey City, NJ
Photo Source: NARA



Use Glasses for
Stereo Viewing

N

Approximate Scale and North Arrow

100   0   100   200 Feet

Underlying Image

3-D Image
4/10/1954
Jersey City, NJ
Photo Source: NARA



Underlying Image

Approximate Scale and North Arrow

100  0  100  200 Feet

Use Glasses for
Stereo Viewing

3-D Image
11/29/1955
Jersey City, NJ
Photo Source: Robinson