UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PPG INDUSTRIES INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 12-3526 (JMV) (MAH) <br><br><br> ORDER |

This matter having come before the Court by way of Defendant's letter [D.E. 171] requesting leave to file a reply brief in support of its motion for summary judgment, dated April 26, 2018, and by way of Plaintiff's letter [D.E. 172] objecting to Defendant's request; and for good cause shown:

**IT IS on this 18th day of May 2018**

**ORDERED** that each party is granted leave to file a reply brief limited to ten (10) double-spaced pages, to be filed no later than **June 7, 2018.**

*s/ Michael A. Hammer*
**United States Magistrate Judge**